# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 21-cr-173 WMW/DTS |
| | ) | Date: August 12, 2021 |
| Anton Joseph Lazzaro, | ) | Video Conference |
| | ) | Time Commenced: 1:41 p.m. / 1:56 p.m. |
| Defendant, | ) | Time Concluded: 1:52 p.m. / 2:03 p.m. |
| | | Time in Court: 18 minutes |

## APPEARANCES:

Plaintiff: Laura Provinzino, Assistant U.S. Attorney
Defendant: Zachary Newland  &  Hillary Parsons,
        X Retained (in progress)   X Local Counsel

Date Charges Filed: 8/11/2021     Offense: conspiracy to commit sex trafficking of minors; aiding and abetting sex trafficking of a minor; attempted sex trafficking of a minor

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is August 16, 2021 at 2:30 p.m., location TBD, before U.S. Magistrate Judge Hildy Bowbeer for:
  X Detention hrg    X Arraignment hrg

X Government moves to unseal the case.    X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                            s/SAE
                                                    Signature of Courtroom Deputy

M:\templates\Initial Appearance.wpt