UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Anton Joseph Lazzaro,<br><br>Defendant. | Case No. 21-cr-0173 (WMW/DTS)<br><br>**ORDER ON PROTOCOL FOR<br>IN-PERSON HEARING** |

HILDY BOWBEER, United States Magistrate Judge

The above-entitled matter is set for an arraignment and detention hearing before the undersigned United States Magistrate Judge on **August 24, 2021**, at **2:00 p.m**. [ECF No. 14]. **The location of the hearing has been CHANGED. It will now be held in Courtroom 7C of the United States Courthouse in St. Paul, Minnesota**.

1. The hearing will be conducted in accordance with the Protocol for In-Person Hearings incorporated herein as Attachment 1.

2. **Witnesses.** Counsel must meet and confer about whether witnesses will be called for the hearing and, if so, the anticipated length of their testimony. Counsel for the Government must notify Duty Chambers no later than **August 23, 2021,** with the names of the witnesses, if any, and the anticipated length of their testimony.

3. **Attorneys.** Each party must notify Duty Chambers by **August 20, 2021,** if more than two attorneys will be present at the hearing on behalf of that party.

4. **Anticipated Observers**. By **August 20, 2021,** counsel for each party must also notify Duty Chambers by email of any individuals who are closely connected with either side (for example, family members of the Defendant, or individuals alleged to be victims of the crimes charged in the indictment), that would like to attend the hearing. Counsel must provide

the name and connection of each such anticipated observer.  The Court will make reasonable efforts to reserve seating for those individuals in Courtroom 7C; any seating not thus reserved will be made available to credentialed media on a first come, first served basis.

5. **Exhibits.**  Counsel must meet and confer in good faith about what exhibits they may use at the hearing and to what extent they can agree on a common set of exhibits and/or stipulate to the admissibility of each other's exhibits.  To the extent practicable, the parties must pre-mark and send a copy of any anticipated exhibits by email to each other and to the chambers of the undersigned (bowbeer_chambers@mnd.uscourts.gov) no later than **August 23, 2021.**  If the exhibits are too large to submit by email (e.g., video or audio recordings), they may be delivered to the Court on a USB drive.  Subject to resolution of any objections, the Court will seek a stipulation at the beginning of the hearing that the exhibits emailed or delivered to the Court in advance of the hearing will constitute the official exhibits for purposes of the hearing.  Counsel are reminded that during the hearing, exhibits must be presented and displayed electronically.  *See* Attachment 1.

6. **Technology.** Counsel are expected to be familiar with the courtroom technology in advance of the hearing.  Counsel who would like the opportunity to acquaint themselves with the technology set up prior to the hearing should contact Judge Bowbeer's chambers promptly to set up a technology run-through.

7. **Additional Observers**.  Because of the Court's requirements for social distancing in order to protect the health and safety of the parties, counsel, Court personnel, and the public (*see* Attachment 1), there will only be limited seating in the gallery of Courtroom 7C, and that seating will be designated for anticipated observers and credentialed media as set forth in Paragraph 4.  However, the Court has made arrangements for a live feed of the proceedings in the **Jury Assembly Room of the United States Courthouse in St. Paul, Minnesota** for members of the public and any credentialed media who cannot find available seating in Courtroom 7C.

**IT IS SO ORDERED.**

Dated:  August 18, 2021                                             *s/ Hildy Bowbeer*
                                                                                          HILDY BOWBEER
                                                                                          United States Magistrate Judge