AO 442 (Rev. 11/11) Arrest Warrant

F#11317574

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 21-173(1) WMW/DTS |
| Anton Joseph Lazzaro | ) | |
| Defendant | ) | |

RECEIVED
AUG 20 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
2021 AUG 11  PM 3:03
US MARSHALS
SAINT PAUL, MN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anton Joseph Lazzaro ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy To Commit Sex Trafficking of Minors 18:1591(a)(1), 1591(b)(2), 1591(c), and 1594(c)
Counts 2-6: Sex Trafficking of a Minor 18:1591(a)(1), 1591(b)(2), 1591(c), 1594(a), and 2
Count 7: Attempted Sex Trafficking of a Minor 18:1591(a)(1), 1591(b)(2), 1591(c), and 1954(a)
Counts 8-9: Sex Trafficking - Obstruction 18:1591(d)
Count 10: Sex Trafficking - Obstruction 18:1591(d) and 2

Date: 08/11/2021

*Issuing officer's signature*
M. Fogarty

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date:
ARRESTED ON 8/12/2021
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
AUG 23 2021
U.S. DISTRICT COURT ST. PAUL