# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,
                          Plaintiff,

v.

Anton Joseph Lazzaro,
                          Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE:   HILDY BOWBEER
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 21-cr-173 WMW/DTS |
| Date: | August 24, 2021 |
| Courthouse: | St. Paul |
| Courtroom: | 7C |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:07 p.m. |
| Time in Court: | 7 minutes |

APPEARANCES:

  Plaintiff: Laura Provinzino and Angela Munoz, Assistant U.S. Attorney
  Defendant:  Zachary Newland, Jeremy Gordon, and Hillary Parsons
        X Retained

**Indictment Dated:**   August 11, 2021

        X Reading of Indictment Waived        X Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | August 31, 2021 |
| Defendant's Disclosures Due Date: | September 7, 2021 |
| Motion Filing Date: | September 14, 2021 |
| Motion Response Date: | September 28, 2021 |
| Notice of Intent to call Witnesses: | September 28, 2021 |
| Responsive Notice Deadline: | October 1, 2021 |
| Motion Hearing Date: | October 7, 2021 at 2:00 p.m. before U.S. Magistrate Judge David T. Schultz, CR 9E Mpls |
| Voir Dire/Jury Instruction Due Date: | TBD |
| Status Conference Date: | NA |
| Trial Date: | TBD. before U.S. District Judge Wilhelmina M. Wright, CR 7A STP |

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                                                                    s/JAM
                                                    Signature of Courtroom Deputy