IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE: HILDY BOWBEER |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: 21-cr-173 WMW/DTS |
| ) | Date: August 24, 2021 |
| Anton Joseph Lazzaro, ) | Courthouse: St. Paul |
| ) | Courtroom: 7C |
| Defendant, ) | Court Reporter: Lori Simpson |
| ) | Time Commenced: 2:07 p.m. |
| | Time Concluded: 6:30 p.m. |
| | Time in Court: 4 hours, 23 minutes |

<u>X</u> **DETENTION HRG ONLY**

APPEARANCES:

   Plaintiff: Laura Provinzino and Angela Munoz, Assistant U.S. Attorneys
   Defendant:  Zachary Newland, Jeremy Gordon, and Hillary Parson
                  X Retained

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:

Defendant arraigned, see arraignment minutes and order.
Government's exhibits 1 – 3 admitted.
Defendant's exhibit 1 admitted.

Brandon Brugger testified.
Yele-Mis Yang testified.
James Douglas Kouns testified.

s/JAM
Signature of Criminal Duty Clerk
