United States District Court
District of Minnesota

United States Of America,

    Plaintiff,

v.

    Case No. 21-cr-173-1-WMW-DTS

Anton Joseph Lazzaro,

    Defendant.

## Notice of Intent to Redact Detention Transcript

Defendant Anton Lazzaro ("Mr. Lazzaro") submits this Notice of Intent to Redact Detention Transcript as required by the local rules for the Court's consideration. Mr. Lazzaro hereby notifies the Court of his intent to seek redactions of the Detention Hearing Transcript and shall provide those to the Court on or before September 17, 2021, as required by local rules 5.5 and 80.

Respectfully submitted,

/s/ Zachary L. Newland
Zachary Lee Newland
Senior Litigation Counsel
**Jeremy Gordon P.L.L.C.**
P.O. Box 2275
Mansfield, Texas 76063
Tel:  (972) 483-4865
Fax: (972) 584-9230
E-mail: zach@gordondefense.com
Texas Bar: 24088967
https://gordondefense.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing was duly filed and served upon counsel of record, via the Court's CM/ECF system, this 3rd day of September 2021.

/s/ Zachary L. Newland
Zachary L. Newland
