**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

      Plaintiff,

v.

Anton Joseph Lazzaro (1) and
Gisela Castro Medina (2),

      Defendants.

Case No. 21-cr-173 (WMW/DTS)

**ORDER TO UNSEAL**

The Government filed a motion to unseal this matter. Based on the record, proceedings, and for good cause shown; **IT IS HERE BY ORDERED:** the motion (Dkt. No. 35) is **GRANTED**, and the case, including the Indictment, shall be unsealed.

Dated: September 7, 2021

                                s/David T. Schultz
                                DAVID T. SCHULTZ
                                United States Magistrate Judge