| United States Of America, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 21-cr-173-1-WMW-DTS |
| Anton Joseph Lazzaro, | |
| Defendant. | |

**Defendant's Motion for Review and Revocation of the Order of Detention**

Defendant Anton Lazzaro ("Mr. Lazzaro") hereby seeks review and revocation of the magistrate judge's order of detention (Doc. No. 28) pursuant to 18 U.S.C. § 3145(b). The order of detention was based on clearly erroneous findings of fact, and on an incorrect application of the facts to the applicable legal standard under 18 U.S.C. § 3142(e). Mr. Lazzaro requests an evidentiary hearing as soon as possible to review the order, receive evidence, and hear arguments on whether to revoke or amend the order.

[Remainder of Page Left Blank Intentionally]

Respectfully submitted,

/s/ Zachary L. Newland
Zachary Lee Newland
Senior Litigation Counsel
**Jeremy Gordon P.L.L.C.**
P.O. Box 2275
Mansfield, Texas 76063
Tel: (972) 483-4865
Fax: (972) 584-9230
E-mail: zach@gordondefense.com
Texas Bar: 24088967
https://gordondefense.com

*Lead Counsel for Anton Lazzaro*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly filed and served upon counsel of record, via the Court's CM/ECF system, this 10th day of September 2021.

/s/ Zachary L. Newland
Zachary Lee Newland