UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (WMW/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,   )<br>  )<br>v.   )<br>  )<br>ANTON JOSEPH LAZZARO (1),   )<br>GISELA CASTRO MEDINA (2),   )<br>  )<br>  Defendant.   ) | **DEFENDANTS' JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

Defendants Anton Joseph Lazzaro and Gisela Castro Medina, by and through their attorneys, respectfully move the Court to exclude the period of time through the pretrial motions deadline from the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)) computations in this case. The grounds for this motion are set forth in the accompanying Joint Motion for Extension of Time to File Pretrial Motions and signed Statements of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Respectfully submitted,

Dated: September 30, 2021

/s/Zachary Newland
Zachary Lee Newland
Senior Litigation Counsel
**Jeremy Gordon P.L.L.C.**
P.O. Box 2275
Mansfield, Texas 76063
Tel: (972) 483-4865
Fax: (972) 584-9230
E-mail: zach@gordondefense.com
Texas Bar: 24088967
https://gordondefense.com

Dated: September 30, 2021        */s/Catherine Turner*
Catherine L. Turner
MN Attorney ID #0349057
P.O. Box 19607
Minneapolis, MN 55419
Tel: (612) 361-4895
Fax: (866) 663-4338
E-mail: catherine@catherineturnerlaw.com
*Counsel for Anton Lazzaro*


**RYAN GARRY, ATTORNEY, LLC**


Dated: September 30, 2021        */s/Ryan Garry*
Ryan P. Garry (Attorney No. 0336129)
Elizabeth R. Duel (Attorney No. 0393619)
Attorneys for Defendant Gisela Medina
333 South Seventh Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com | elizabeth@ryangarry.com