### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Anton Joseph Lazzaro (1),<br>Gisela Castro Median (2), | |
| Defendants. | |

---

This matter comes before the Court on Defendants' Joint Motion for Extension of Time to File Pretrial Motions (Dkt. No. 57) and Motion to Exclude Time Under the Speedy Trial Act (Dkt. No. 58). Defendants have also filed Statements of Facts in Support of Exclusion of Time Under the Speedy Trial Act (Dkt. Nos. 59, 60). Defendants request a 32-day continuance of the pretrial motions deadline and hearing based on amount of disclosures by the Government and the need for additional time to prepare their defense.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendants in a speedy trial and such continuance is necessary to provide Defendants and their attorneys reasonable time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendants' Joint Motion for Extension of Time to File Pretrial Motions (Dkt. No. 57) and Motion to Exclude Time Under the Speedy Trial Act (Dkt. No. 58) are **GRANTED**. All motions in this case shall be filed by **November 15, 2021.**

2. Defendants shall file a statement of consent/non-consent to video by **November 15, 2021.**

3. Defendants shall file a letter by **November 15, 2021**, if motions are waived.

4. Responses to the motions must be filed by **November 29, 2021.**

5. Any Notice of Intent to Call Witnesses must be filed by **November 29, 2021**. D. Minn. LR 12.1(c)(3)(A).

6. Any Responsive Notice of Intent to Call Witnesses must be filed by **December 2, 2021**. D. Minn. LR 12.1(c)(3)(B).

7. The motions shall be heard before Magistrate Judge David T. Schultz on **December 15, 2021**, at **1:00 p.m.**, in Courtroom 9E, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, unless Defendant consents to hearing by video conference.

8. The period of time from **the date of this order through November 15, 2021**, shall be excluded from Speedy Trial Act computations for Defendants.

9. Counsel must contact the Courtroom Deputy for District Judge Wilhelmina M. Wright to confirm the new trial date.

Dated:  October 1, 2021                             \_\_s/David T. Schultz_____
                                                                                  DAVID T. SCHULTZ
                                                                                  United States Magistrate Judge