United States District Court
District of Minnesota

| | |
|---|---|
| United States Of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Anton Joseph Lazzaro,<br><br>　　　　Defendant. | Case No. 21-cr-173-1-WMW-DTS |

**Order Granting Defendant's Unopposed Motion To Extend Deadline To File Brief In Support Of Review Of Detention Order**

　　Before the Court is Defendant Anton Lazzaro's Unopposed Motion To Extend Deadline To File Brief In Support Of Review Of Detention Order. (ECF No. ___ _____). The Court, having considered the matter, **GRANTS** the motion.

　　It is **ORDERED** that Defendant Anton Lazzaro shall have through October 8, 2021, to file any brief in support of his motion for review of the detention order. It is **ORDERED** that the Government shall have an additional two days beyond their prior deadline to file any response to Mr. Lazzaro's brief.

Dated:_____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge Presiding