ECF No. 19-1

Document To Remain Sealed