## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (WMW/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Anton Joseph Lazzaro (1), | |
| Defendant. | |

The Government filed a motion (Dkt. No. 67) for limited unsealing of their motion for Detention (Dkt. No. 19) of Defendant Anton Joseph Lazzaro. The Defendant does not oppose the motion. Because the government did not file the attachments to the motion at Docket No. 19 in a manner that allowed a separate docket number to be generated for each document, the Court is unable to have some parts of Docket No. 19 be unsealed while other parts remain sealed. Therefore, Docket No. 19 must remain sealed in its entirety.

**IT IS HEREBY ORDERED:**

1. Defendant's motion for limited unsealing (Dkt. No. 67) is **GRANTED**.

2. The Government is ordered to file the redacted version of their motion for detention and attach as separate documents the search warrant placeholder, the redacted attachment 2, and the redacted attachment 3.

3. The documents at Docket No. 19 shall remain **SEALED**.

Dated: October 13, 2021

                                                                               s/David T. Schultz
                                                                             DAVID T. SCHULTZ
                                                                             United States Magistrate Judge