# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No:   CR-21-173 (WMW/DTS) |

vs.

Anton Joseph Lazzaro

Defendant

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Charles S. Clas Jr., shall appear as counsel of record for Anton Lazzaro, the Defendant in this case.

Respectfully submitted,

**WILSON & CLAS**

Dated: 10/13/2021

/s/ Charles S. Clas, Jr.
Charles S. Clas, Jr., esq.
Attorney ID No.: 396427
Wilson & Clas
201 Sixth Street Southeast, Suite 210
Minneapolis, MN 55414
(612) 760-4048
cclas@wilsoncd.com