ECF No. 72-1

(Placeholder for ECF No. 19-1)

Document To Remain Sealed