8/13/2021

Your Honor,

Hello, I am the Mother of 'Victim ▮', ▮▮▮▮▮▮▮▮▮▮▮ , a victim of Anton Lazzaro

As you are deciding on Mr. Lazzaros detainment I hope you will take this plea to keep him detained into consideration also.

My daughter is the courageous girl who went to the Police regarding Mr Lazzaro and his co conspirator.

While these two evil people have been living their life as free individuals, my daughter has been living a life of hell. While they have been free my daughter has been imprisoned with extreme PTSD, anxiety, social anxiety, depression, anger, low self esteem, self hatred, shame and trusts no one. This is the very real and devastating result of what these evil people have done to my daughter. This has changed my daughter into a shell of what she used to be.

Letting this evil person live his life outside of prison walls would be a true injustice for not only my daughter but to all of his victims

Finally, one of the reasons my daughter came forward was not to only save herself but she wanted to make sure the other girls were safe and to make sure Mr Lazzaro and is co conspirator could not harm any more girls.

Please do NOT let this man free.

Thank you for taking the time to read this and taking this into consideration in your decision.

▮▮▮▮▮▮▮▮▮



Your Honor,

I am the heartbroken and angry father of "Victim ▮", ▮▮▮▮▮▮▮▮▮▮▮. A victim of the evil defendant, Anton Lazzaro.

I hope as you read this letter it will
weigh enough on your mind and in your heart to NOT let this vile person out of jail, to live life as he has been all while knowing he was being investigated for these hideous crimes against not only MY daughter but ALL of these victims.

As the defendant has been free for the past year my daughter has been living in a prison of Hell!

▮▮▮▮▮▮ has extreme PTSD, daily flashbacks, nightmares EVERY NIGHT, extreme anxiety, social anxiety, depression, ANGER, self hate, shame, low self esteem. All of these have caused an enormous amount of pain for her! For our entire family! I have had to watch my once funny, sweet, smart, caring daughter change into someone who doesn't like herself, who is angry all of the time.

What was done to her by this evil person. has caused so much pain for so many people. He not only destroyed our daughter, he has destroyed our family!

▮▮▮▮▮▮ went to the authorities to get free from this person and his co conspirator. To help these other victims of this evil person, to save other girls from being destroyed by his evil ways.

▮▮▮▮▮▮ lives with fear of running into this evil person. Why should my daughter, A VICTIM have to live in a prison of fear while this evil person gets to live outside of the prison walls? She SHOULD NOT!

Your Honor, this defendant is an evil person who should NOT be able to walk the same streets as these young victims! He should not be allowed to walk the same streets as ANY YOUNG GIRLS!

It's time for HIM to live in prison so my daughter can finally feel safe coming out of her prison she has been living in.

My daughter deserves to heal from this evil person, that can not be done if he is walking free.

Please do NOT allow Mr Lazzaro out from the prison walls he deserves to live behind

▮▮▮▮▮▮ and all of his victims should have the right to feel SAFE knowing that she/they can turn any corner knowing he will not be there.

Letting this evil person out would be an enormous injustice to ▮▮▮▮▮▮, all of the other victims and to all of our families

Please don't let these victims down by not detaining him behind the walls he deserve to live behind

Thank you for taking the time to read this and thank you in advance for keeping him detained

▮▮▮▮▮▮

Your Honor,

My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and 'Victim ▮' is my little sister, ▮▮▮▮▮▮▮▮▮▮▮▮.

As you are deciding if Mr. Lazzaro should be detained or set for bail, I would ask you to take this into consideration-
This man has caused more hurt than I could ever begin to understand to my sister. A girl that is now riddled with severe PTSD, anxiety, low self esteem, anger, social anxiety and depression. While she fights these battles every single day, Mr. Lazzaro had been out living his life without a care in the world.

While dealing with all of this though, she came forward to tell the truth about what he and his co conspirator did to her. So that neither of them could hurt another girl the same way she has been hurt.

I ask you to please see her strength and courage for doing this and keep this evil man detained. He is an evil person, a manipulator and he should not be given the comfort of living his life the way it was before any longer. Not after causing so much pain and hurt that will forever impact ▮▮▮▮▮▮'s life.

Please do not set him free to continue to hurt more people.

Thank you for taking the time to read this and for your consideration.

Best,
▮▮▮▮▮▮▮▮▮▮

Dear Your Honor,

I, Victim ▮, believe Aton Lazzaro and Gisela Medina should remain in custody and receive the strong penalty of going to jail for life. Every person involved in this case are a lot worth more than just the money and items that we were given by Lazzaro and Medina. Lazzaro and Medina have both committed disgusting, traumatizing activities for myself and I am sure for all the other victims as well Lazzaro and Medina have committed true crimes against humanity. Our pain can be turned into purpose. The strongest thing we have isn't only our fists, but our words. It is what we do, so fight, as hard as you can because if they're released, I have a strong feeling they will start up again what they did before - I'd feel very unsafe.

Thank you,
Victim ▮

August 13, 2021

Dear whomever it may concern,

Being a parent of "Victim ▮" and knowing what this person being arrested can do has done to young underage ladies and other. I would find it completely unacceptable and irresponsible for the courts to allow such a harmful, dangerous person to be allowed into public, home arrest, or other. He is a perverted, narcissistic, sex offender who should never see the light of day again!

Sincerely,

Parent

Your Honor,

I am the mother of Victim █ in this case. Never would I imagine that I would have to write a letter like this, but I need to tell you why Anton Lazzaro should remain in custody and not be released.

First, and foremost, I am seriously concerned with my daughter's safety, as well as the safety of our family. They know where we live and where my daughter works.

Additionally, I am scared that he may do this to another child.

I am also afraid that he may be a flight risk. He is a man of means and has a lot to lose.

Your Honor, I know how he hurt her, and no child should have to go through this. Just trying to write this to you now I am physically ill, trying to breathe while also trying not to vomit. As a result of this heinous crime, our family is broken. We are in pain. And now we are scared for the safety of our family. I am afraid every time our daughter leaves the house that he/they/or someone they know will go after her, hurt her, or worse, to keep her from testifying or helping to convict him. I panic when someone knocks on our front door. I worry that they will go where she works because they know where that is. If I see a car that I don't recognize driving by our house, I freeze in panic mode because I wonder if it is him. We now have cameras in the front of our house and alarms on all doors and windows. I pretty much live in a constant state of anxiety and fear.

He must remain in custody so that he cannot hurt anyone else. No other child or family should have to go through this pain. Knowing that he is out of jail awaiting trial would be torture to us. Please, I am pleading to you, to keep him detained.

Respectfully,

Mother of Victim █

Your Honor,

As one of the victims of Anton Lazzaro, For the safety of all of the other victims sex trafficked by this man, I, victim ▮, I ask that he is detained. I ask this for the sake of the sleepless nights I will never get back from the nightmares he caused me. I ask because Anton has the knowledge of where I work. I ask because for the past year, the thought of seeing Anton ever again makes me scared and sick. Anton Lazzaro, who has so much money, power, and privilege, should not be released.  Anton is a threat to young girls everywhere. He is a threat to minors. I do not wish any other person to go through what I had to. I was 16 years old. Anton was 29. Antons brain was fully developed, mine wasn't.

Your honor, I was, and I am terrified. What happened to me wasn't right, and I hope you can see that too. I do not feel safe with this man walking free. Especially since his apartment is in the same area as my High School. If Tony is not detained, I will not feel safe. Thank you, your honor.

August 13, 2021

Your Honor,

My child is known as Victim ▮ in court documents, and I'm writing to you in hopes you will decide to keep Anton Lazzaro in detention. He should remain in custody for not only the safety of my daughter (Victim ▮) but for safety of all the victims that are mentioned in the court documents, and for the many victims who have been too afraid to come forward.

All 6 victims are entitled to the same equity and treatment as in other similar charged cases. Jeffrey Epstein was denied pretrial release because he was rich, powerful, and was involved in sex trafficking of minors. The victims of Anton Lazzaro are entitled to the same protection and safety that the continued detention of Mr. Lazzaro would give them.

Anton Lazarro (Tony) has already tried to tamper with the evidence against him, and this proves to me that he could flee the country if let out of detention. He has the wealth and powerful connections to do so.

My daughter has suffered immensely since her encounters last year with Mr. Lazzaro. She is not the same carefree happy girl that she was prior to meeting him. She suffers from panic attacks and debilitating anxiety. She has lost her self-esteem and her grades plummeted. I have seen glimpses of her past self since Mr. Lazarro was arrested. I beg you to please consider my daughter's and all the victim's mental health and safety when you make your decision.

Thank you,
Mother of Victim ▮

Anton Lazzaro has money. If he is released he will be a flight risk. He has enough money to run away and not be found. For this reason I very strongly believe he should be kept in jail. For my safety, and the safety of young women everywhere; please keep him in jail. I don't know what would happen if he were to find out that I told reported him. He knows where I work and where my mom works. He could easily find where I live. I would feel extremely safer knowing he isn't free to do what he wants. - Victim

I am the Father of one of the victims in this case. The reality is that our whole family has been a victim. We have struggled for months in many ways, mentally and physically as a result of Mr. Lazzaro planned predatory actions against our child. We have suffered immensely and have spent hours dealing with the results of his actions. This man seeks out vulnerable children seeking to lure and manipulate them with gifts and money in to sexual interactions. He has repeatedly done this with disregard for his victims or the lifelong impact this will have on them and their loved ones. We are fearful of his release. Our family has finally had some relief and peace knowing he is in jail and not out in our community victimizing other children, or worrying if he might try to again contact our child. This man knowingly broke the law, seeking out the vulnerable and using his money to manipulate them. He believes that he is above the law. For our peace, for our child's peace and well-being, for the safety of our community, and for the other victims and their families we strongly request that the court keep Mr. Lazaro in jail at this time and throughout these proceedings.

I am the mother of one of Mr. Lazzaros victims. Due to the nature of this case, and the age of the victims, I plead that Mr. Lazzaro remain in jail. I believe he is a danger to our society. The relief my child has felt knowing he is in custody was powerful. Knowing he could possibly be released makes her afraid. Not only for herself and us, her family, but also for other young girls. Mr. Lazzaro has the financial means and ties to possibly not return to court. I also worry he may talk to media and jeopardize my child's anonymity. These victims are children, and I know my child is afraid. As a mother, I feel desperate to keep her safe. After the trauma she has endured at his hands, having him remain in jail is one step in the long process to helping her begin healing. Knowing he can't hurt her or others is essential in beginning this process, and I ask you, your Honor, to help protect these children too. Mr. Lazzaro has the right to have his day in court, but my daughter has a right to feel safe and protected.
Thank you.