UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| United States of America, | Case No. 21-cr-0173 (WMW/DTS) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF RECUSAL AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT** |
| Anton Joseph Lazzaro (1) and Gisela Castro Medina (2), | |
| Defendants. | |

---

The above-captioned case has been assigned to the undersigned Judge. Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter. Accordingly,

**IT IS HEREBY ORDERED** pursuant to this Court's Assignment of Cases Order filed July 19, 2021, that the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

Dated: October 22, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge