UNITED STATES DISTRICT COURT
STATE AND DISTRICT OF MINNESOTA

---

In the Matter of the Seizure of

A 2010 Ferrari coupe with
VIN ZFF65LJA9A0173846

APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT

**CASE NUMBER: 21-mj-583 BRT**

I, Richard A. Waller, being duly sworn depose and say:

I am a Special Agent with the Federal Bureau of Investigation, and have reason to believe that in State and District of Minnesota there is now certain property which is subject to forfeiture to the United States, namely

a 2010 Ferrari coupe with VIN ZFF65LJA9A0173846            .

which is subject to civil seizure pursuant to 18 U.S.C. § 1594(e)(2) and 18 U.S.C. § 981(b), and subject to civil forfeiture pursuant to 18 U.S.C. § 1594(e)(1), and subject to criminal seizure pursuant to 21 U.S.C. § 853(e) and (f) and 28 U.S.C. § 2461, and subject to criminal forfeiture pursuant to 18 U.S.C. § 1594(e)(1); concerning violations of 18 U.S.C. §§ 1591 and 1594.

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

See Affidavit with Attachment A attached hereto and incorporated herein by reference.

Continued on the attached sheet and made a part hereof.  ☒ Yes   ☐ No

_____
Richard A. Waller, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3)

Aug 13, 2021     4:48pm                        at    St Paul MN
Date and Time Issued                                 City and State

_____
BECKY R. THORSON
UNITED STATES MAGISTRATE JUDGE      Signature of Judicial Officer
Judicial Officer

| | |
|---|---|
| STATE OF MINNESOTA ) | |
| ) | AFFIDAVIT OF RICHARD WALLER |
| COUNTY OF RAMSEY ) | |

Your affiant, Richard A. Waller, being duly sworn, states that the following is true and correct to the best of his knowledge and belief:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation and have been since February of 1996. I am currently assigned to the Minneapolis office of the Federal Bureau of Investigation's (FBI) Child Exploitation Task Force. My primary assignment is the investigation of sex trafficking and forced labor.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. This affidavit is submitted in support of an application for a seizure warrant for a 2010 Ferrari coupe with vehicle identification number (VIN) ZFF65LJA9A0173846, registered to Anton Lazzaro (the "Ferrari"). As of August 12, 2021, the Ferrari was parked inside a garage located at 201 11th Street South, Minneapolis, Minnesota 55402.

4. Based upon the facts set forth in this affidavit, there is probable cause to believe that the Ferrari was used to facilitate violations of 18 U.S.C. §§ 1591 and 1594 (sex

trafficking of a minor and conspiracy to commit sex trafficking) by Anton Lazzaro and a co-defendant. The vehicle is therefore subject to asset forfeiture as described below.

## BACKGROUND

### A. The Indictment of Lazzaro and Co-Defendant

5.  On August 11, 2021, a federal grand jury in the District of Minnesota returned a sealed Indictment against Lazzaro and co-defendant, which is attached to this application as Attachment A and incorporated by reference. The copy of the Indictment attached is a true and correct copy of the one provided to the grand jury earlier this week. It has been assigned to the Honorable Wilhelmina M. Wright, 21-cr-173 (WMW/DTS). Lazzaro made his initial appearance on August 12, 2021. The co-defendant is out of the District and remains to be arrested.

6.  The Indictment contains a description of the criminal conduct giving rise to the forfeiture of the Ferrari, which includes one count of Conspiracy to Commit Sex Trafficking of Minors, in violation of 18 U.S.C. §§ 1591 and 1594(c); five counts of Sex Trafficking of a Minor, in violation of 18 U.S.C. §§ 1591 and 1594(a); one count of Attempted Sex Trafficking of a Minor, in violation of 18 U.S.C. §§ 1591 and 1594(a); and three counts of Sex Trafficking—Obstruction, in violation of 18 U.S.C. § 1591(d).

7.  I am informed that the United States Supreme Court has held that "[a]n indictment, fair upon its face, and returned by a properly constituted grand jury . . . conclusively determines the existence of probable cause to believe the defendant perpetrated the offense alleged." *Kaley v. United States,* 134 S. Ct. 1090, 1098 (2014)

(holding that a criminal defendant is not entitled to a hearing to challenge a grand jury's determination that there is probable cause to believe the defendant committed the charged offense in order to challenge a pretrial restraint of property). For that reason, this affidavit contains only a summary of the facts known to me that establish that Lazzaro and co-defendant committed the charged offenses referenced above.

### B. The Ferrari as Facilitating Property

8. As is described in the Indictment, in or about May 2020 through in or about December 2020, Lazzaro and co-defendant engaged in a conspiracy to commit sex trafficking of multiple minor victims, in violation of 18 U.S.C. §§ 1591 and 1594. During that time, Lazzaro used the Ferrari to facilitate the offenses by transporting a minor victim to his home for the purpose of engaging in a commercial sex act. As a result, the United States seeks to seize and forfeit the Ferrari, which is listed in the Indictment as being subject to forfeiture.

9. In the spring of 2020, Lazzaro used a social media application called SnapChat to contact two minor victims and request one come over to his residence. Lazzaro drove the Ferrari to a park in the St. Michael/Albertville area where he picked up one of the minor victims. Lazzaro then drove the minor victim in the Ferrari from the park to his home in Minneapolis, Minnesota. At Lazzaro's home, the minor victim drank alcohol and got really drunk. After she and Lazzaro had sex, she went to sleep and stayed at his place for the night. The next morning, Lazzaro gave her about $400 and took her back to another minor victim's house using a different vehicle, a black Cadillac sedan.

## LEGAL BASIS FOR FORFEITURE

10. As is described above, Lazzaro used the Ferrari to transport a minor victim for the purpose of engaging in a commercial sex act. Therefore, the Ferrari is property involved in, used, or intended to be used to commit or to facilitate the commission of the sex trafficking offenses alleged in the Indictment.

11. The criminal forfeiture of property involved in, used or intended to be used to commit or to facilitate the commission of sex trafficking of minors and conspiracy to commit sex trafficking of minors (violations of 18 U.S.C. §§ 1591 and 1594) is authorized by 18 U.S.C. § 1594(e)(1), and criminal seizure of such property is authorized by 21 U.S.C. § 853(e) and (f) and 28 U.S.C. § 2461. Civil forfeiture of property involved in or facilitating violations of 18 U.S.C. §§ 1591 and 1594 is authorized by 18 U.S.C. § 1594(e)(1) and civil seizure is authorized by 18 U.S.C. § 1594(e)(2) and 18 U.S.C. § 981(b).

12. I am aware that the Ferrari could be easily moved, hidden, sold to someone else, or somehow otherwise made unavailable for forfeiture to the United States. I am also aware that the Indictment includes allegations of obstruction against both Lazzaro and co-defendant indicating that they may be willing to interfere with the prosecution of this case. As a result, I believe that a restraining order under 21 U.S.C. § 853(e) would not be sufficient to ensure the availability of the Ferrari for forfeiture. I therefore request the issuance of a seizure warrant to sufficiently secure the Ferrari and ensure its availability for forfeiture.

## CONCLUSION

13. Based on the facts set forth above, as well as my training, experience, and knowledge, there is probable cause to believe that Lazzaro and co-defendant have committed criminal offenses, including sex trafficking (18 U.S.C. § 1591) and conspiracy to commit sex trafficking (18 U.S.C. § 1594) and there is probable cause to believe that the Ferrari described above was used to facilitate those crimes and is subject to seizure and forfeiture.

_____
Richard Waller
Special Agent
Federal Bureau of Investigation


SUBSCRIBED and SWORN to before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. 41(d)(3)
on this 13 day of August, 2021.

_____
THE HONORABLE BECKY R. THORSON
United States Magistrate Judge

# ATTACHMENT A

to Richard Waller's affidavit in
support of a seizure warrant

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | 18 U.S.C. § 2 |
| | 18 U.S.C. § 1591 |
| v. | 18 U.S.C. § 1594 |
| | 21 U.S.C. § 853 |
| 1. ANTON JOSEPH LAZZARO, <br> a/k/a Tony Lazzaro, <br> a/k/a Tony, <br> and <br> 2. ███████ | 28 U.S.C. § 2461 |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy To Commit Sex Trafficking of Minors)

1. From in or about May 2020 through in or about December 2020, in the State and District of Minnesota, the defendants,

**ANTON JOSEPH LAZZARO,
a/k/a Tony Lazzaro,
a/k/a Tony, and

███████**

in and affecting interstate commerce, conspired with each other and others known and unknown to the Grand Jury to knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit minors, namely MINOR VICTIMS A, B, C, D, E, and F

knowing and in reckless disregard of the fact and having had a reasonable opportunity to observe that MINOR VICTIMS A, B, C, D, E, and F had not attained the age of 18 years, to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), and 1594(c).

## COUNT 2
(Sex Trafficking of a Minor)

2. From in or about May 2020 through in or about June 2020, in the State and District of Minnesota, the defendants,

**ANTON JOSEPH LAZZARO,**
a/k/a Tony Lazzaro,
a/k/a Tony, and

aiding and abetting one another, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited MINOR VICTIM A to engage in a commercial sex act and attempted to do so, knowing and in reckless disregard of the fact and having had a reasonable opportunity to observe that MINOR VICTIM A had not attained the age of 18 years, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1594(a), and 2.

## COUNT 3
(Sex Trafficking of a Minor)

3. From in or about June of 2020 through in or about July of 2020, in the State and District of Minnesota, the defendants,

**ANTON JOSEPH LAZZARO,**
a/k/a Tony Lazzaro,
a/k/a Tony, and

2

aiding and abetting one another, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited MINOR VICTIM B to engage in a commercial sex act and attempted to do so, knowing and in reckless disregard of the fact and having had a reasonable opportunity to observe that MINOR VICTIM B had not attained the age of 18 years, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1594(a), and 2.

## COUNT 4
(Sex Trafficking of a Minor)

4. From in or about June of 2020 through in or about October of 2020, in the State and District of Minnesota, the defendants,

**ANTON JOSEPH LAZZARO,**
a/k/a Tony Lazzaro,
a/k/a Tony, and

aiding and abetting one another, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited MINOR VICTIM C to engage in commercial sex and attempted to do so, knowing and in reckless disregard of the fact and having had a reasonable opportunity to observe that MINOR VICTIM C had not attained the age of 18 years, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1594(a), and 2.

## COUNT 5
(Sex Trafficking of a Minor)

5. From in or about July of 2020 through in or about October of 2020, in the State and District of Minnesota, the defendants,

**ANTON JOSEPH LAZZARO,**
a/k/a Tony Lazzaro,
a/k/a Tony, and

aiding and abetting one another, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited MINOR VICTIM D to engage in a commercial sex act and attempted to do so, knowing and in reckless disregard of the fact and having had a reasonable opportunity to observe that MINOR VICTIM D had not attained the age of 18 years, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1594(a), and 2.

## COUNT 6
(Sex Trafficking of a Minor)

6. From in or about July of 2020 through in or about October of 2020, in the State and District of Minnesota, the defendants,

**ANTON JOSEPH LAZZARO,**
a/k/a Tony Lazzaro,
a/k/a Tony, and

aiding and abetting one another, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited MINOR VICTIM E to engage in a commercial sex act and attempted to do so, knowing

and in reckless disregard of the fact and having had a reasonable opportunity to observe that MINOR VICTIM E had not attained the age of 18 years, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), 1594(a) and 2.

## COUNT 7
(Attempted Sex Trafficking of a Minor)

7. From in or about August of 2020 through in or about November of 2020, in the State and District of Minnesota, the defendant,

**ANTON JOSEPH LAZZARO,**
a/k/a Tony Lazzaro,
a/k/a Tony,

in and affecting interstate commerce, knowingly attempted to recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit MINOR VICTIM F to engage in a commercial sex act and attempted to do so, knowing and in reckless disregard of the fact and having had a reasonable opportunity to observe that MINOR VICTIM F had not attained the age of 18 years, all in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), and 1594(a).

## COUNT 8
(Sex Trafficking - Obstruction)

8. In or about July 2020, in the State and District of Minnesota, the defendant,

**ANTON JOSEPH LAZZARO,**
a/k/a Tony Lazzaro,
a/k/a Tony,

5

knowingly and intentionally obstructed, and attempted to obstruct, and knowingly and intentionally interfered with and prevented the enforcement of Title 18, United States Code, Section 1591(a), all in violation of Title 18, United States Code, Sections 1591(d).

## COUNT 9
(Sex Trafficking – Obstruction)

9. In or about October of 2020, in the State and District of Minnesota, the defendant,

**ANTON JOSEPH LAZZARO,**
**a/k/a Tony Lazzaro,**
**a/k/a Tony,**

knowingly and intentionally obstructed, and attempted to obstruct, and knowingly and intentionally interfered with and prevented the enforcement of Title 18, United States Code, Section 1591(a), all in violation of Title 18, United States Code, Section 1591(d).

## COUNT 10
(Sex Trafficking – Obstruction)

10. In or about March of 2021, in the State and District of Minnesota, the defendants,

**ANTON JOSEPH LAZZARO,**
**a/k/a Tony Lazzaro,**
**a/k/a Tony, and**

**[REDACTED]**

aiding and abetting one another, knowingly and intentionally obstructed, and attempted to obstruct, and knowingly and intentionally interfered with and prevented the enforcement

6

of Title 18, United States Code, Section 1591(a), all in violation of Title 18, United States Code, Sections 1591(d) and 2.

## FORFEITURE ALLEGATIONS

11. Counts 1 through 10 of this Indictment are fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594.

As a result of the offenses charged in Counts 1 through 10, the defendants shall forfeit the following property to the United States pursuant to Title 18, United States Code, Section 1594:

(1) Any property, real or personal, involved in, used or intended to be used to commit or to facilitate the commission of the offenses, and any property traceable to such property; and

(2) Any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, or any property traceable to such property.

The property subject to forfeiture includes, but is not limited to:

(a) the real property located at 201 11th Street South, #1920, Minneapolis, MN 55402, with property ID number 27-029-24-14-0589;

(b) a 2010 Ferrari convertible, VIN ZFF65LJA9A0173846;

(c) $371,240.00 in U.S. Currency seized from 201 11th Street South, #1920, Minneapolis, MN 55402 on December 15, 2020;

- (d) a Microsoft Windows Surface Pro-1645 Tablet, serial number 005260151452;

- (e) a Blackberry cellphone, serial number 1163831917;

- (f) a black Apple iPhone cellphone, serial number DNPVH35SHG71;

- (g) an Alcatel TCL cellphone, serial number 15145008637858;

- (h) a Xiamoi cellphone, serial number 1884828VN00206;

- (i) 4 Thumb Drives seized from 201 11th Street South, #1920, Minneapolis, MN 55402 on December 15, 2020;

- (j) 14 SD Cards seized from 201 11th Street South, #1920, Minneapolis, MN 55402 on December 15, 2020;

- (k) a silver Dell XPS laptop, serial number 6KGP9H2/14298070070;

- (l) a Dell Inspiron 3593 laptop, serial number JVMV943/43271725539;

- (m) a gray/black Motorola Moto e5 cellphone, serial number ZY323G7XXF;

- (n) a white/black Motorola One cellphone, IMEI: 352169100855557;

- (o) an LG LM-X210APM cellphone, serial number 001VTYK861266;

- (p) an Apple iPhone model A1662 cellphone seized from 201 11th Street South, #1920, Minneapolis, MN 55402 on December 15, 2020;

- (q) an LG model LM-X210APM cellphone, serial number 809VTFW411651;

- (r) a black/silver Apple iPhone, model A1549 seized from 201 11th Street South, #1920, Minneapolis, MN 55402 on December 15, 2020;

- (s) a Bittium Tough Mobile 2 cellphone with IMEI: 357320100013706;

(t) a GPS tracker seized from 201 11th Street South, #1920, Minneapolis, MN 55402 on December 15, 2020;

(u) a Blackberry cellphone with 32 GB SD Card with IMEI: 015103000107958;

(v) a Microsoft Windows Surface tablet with charging cord seized from 201 11th Street South, #1920, Minneapolis, MN 55402 on December 15, 2020;

(w) an Apple iPhone 11, serial number FK2ZJ2BHN72J;

(x) an Apple iPad Pro-A1701 with charger, serial number DMPVP02WJ28N; and

(y) an Apple Macbook Air-A2179 with charger, serial number C02D7EUDMNHP.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY       FOREPERSON

UNITED STATES DISTRICT COURT
STATE AND DISTRICT OF MINNESOTA

In the Matter of the Seizure of

A 2010 Ferrari coupe with
VIN ZFF65LJA9A0173846

SEIZURE WARRANT

CASE NUMBER: 21-mj-583 BRT

TO:   The Federal Bureau of Investigation and any Authorized Officer of the United States:

An Affidavit having been made before me by Richard A. Waller who has reason to believe that in the State and District of Minnesota there is now certain property which is subject to forfeiture to the United States, namely

a 2010 Ferrari coupe with VIN ZFF65LJA9A0173846.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that the grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime — 6:00 A.M. to 10:00 P.M. — leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the Honorable Becky R. Thorson, United States Magistrate Judge, as required by law.

_Aug 13, 2021_
_4:48pm_
Date and Time Issued

at

_St Paul MN_
City and State

BECKY R. THORSON
UNITED STATES MAGISTRATE JUDGE
Judicial Officer

_[signature]_
Signature of Judicial Officer

| RETURN ||| 
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

**CERTIFICATION**

    I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me by reliable electronic means (FaceTime and email) this date.

_____   _____
U.S. Judge or Magistrate                                   Date

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO:   21-mj-583 BRT

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF | APPLICATION FOR WRIT OF ENTRY ON |
| A 2010 FERRARI COUPE WITH VIN ZFF65LJA9A0173846 | PREMISES TO EFFECT SEIZURE WARRANT |

I, Richard Waller, respectfully request the issuance of an Order pursuant to the All Writs Act, 28 U.S.C. § 1651, authorizing me and/or such other employees of the Federal Bureau of Investigation ("FBI") or local law enforcement officers as may be designated by the FBI to enter the premises described below to effectuate the seizure of property.

As set forth in my Affidavit in Support of Seizure Warrant, certain property owned by Anton Lazzaro is subject to seizure and forfeiture to the United States.  Anton Lazzaro is the owner of a condominium located at 201 11th Street South, Minneapolis, MN 55402.  The condominium building has attached garage.  It is believed that the following vehicle may be located on the premises of 201 11th Street South, Minneapolis, MN 55402:

1. a 2010 Ferrari coupe with VIN ZFF65LJA9A0173846.

Authorization is requested from this Court for entry onto the premises including the garage in order to effect the seizure of the vehicles described above.

DATED: 8/13/2021

Richard Waller, Special Agent
Federal Bureau of Investigation

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO:   21-mj-583 BRT

IN THE MATTER OF THE SEIZURE OF

A 2010 FERRARI COUPE
WITH VIN ZFF65LJA9A0173846

WRIT OF ENTRY ON
PREMISES TO EFFECT
SEIZURE

Richard Waller, Special Agent, Federal Bureau of Investigation ("FBI"), having filed an Application requesting a Writ of Entry to Effect Seizure Warrant in order to search for and seize property subject to forfeiture to the United States, and the Court finding, based on the application, that there is probable cause to believe that the property subject to forfeiture may be located on the premises of the real property located at 201 11th Street South, Minneapolis, MN 55402.

IT IS HEREBY ORDERED that FBI SA Richard Waller and/or such other employees of the FBI and other law enforcement agencies or their representatives as may be designated by the FBI are authorized to enter onto the premises described above, including any garage, to effectuate the seizure of property.

In making this search and seizure, however, FBI Special Agent Richard Waller and/or such other employees as may be designated are directed to enter the premises during the daylight hours and within 14 days of this order.

Dated: Aug 13, 2021

_____
The Honorable Becky R. Thorson
United States Magistrate Judge