### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (WMW/DTS) |
| Plaintiff, | |
| v. | **BRIEFING ORDER** |
| Anton Joseph Lazzaro (1), | |
| Defendant. | |

---

On October 28, 2021, Defendant Lazzaro moved to Vacate Restraints on Certain Seized Property [Dkt. No. 74].

**IT IS HEREBY ORDERED:**

1. Government's responsive brief is due **November 23, 2021**.

2. Defendant's reply brief is due **December 3, 2021**.

3. A motion hearing will take place before the undersigned on **December 15, 2021** at **1:00 pm** in Courtroom 9E, Diana E. Murphy Courthouse, 300 South Fourth Street, Minneapolis.


Dated: November 2, 2021                 _s/David T. Schultz_____
                                        DAVID T. SCHULTZ
                                        U.S. Magistrate Judge