UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-173(1) (PJS-DTS)

UNITED STATES OF AMERICA,

      Plaintiff,      **NOTICE OF APPEAL**

vs.

ANTON JOSEPH LAZZARO,

      Defendant.

 Please take notice, that the Defendant, Anton Joseph Lazzaro, hereby gives notice of appeal to the United States Court of Appeals for the Eighth Circuit from the Court's Order (ECF No. 76) entered on November 2, 2021, by the Honorable Patrick J. Schiltz.

            Respectfully submitted,

            **WILSON & CLAS**

Dated: 11/15/2021    /s/ Charles S. Clas, Jr.
            Charles S. Clas, Jr., esq.
            Attorney ID No.: 396427
            Wilson & Clas
            201 Sixth Street Southeast, Suite 210
            Minneapolis, MN 55414
            (612) 760-4048
            cclas@wilsoncd.com

**Certificate of Service**

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Minnesota by using the CM/ECF system this 15th day of November 2021, and that all participants in the case will be served in accordance with the Federal Rules of Criminal Procedure.

Dated: 11/15/2021                /s/ Charles S. Clas, Jr.
                               Charles S. Clas, Jr.