# United States Court of Appeals
### For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 17, 2021

Mr. Charles S. Clas Jr.
WIILSON & CLAS
Suite 210
201 Sixth Street, S.E.
Minneapolis, MN  55418

     RE:  21-3634  United States v. Anton Lazzaro

Dear Counsel:

     The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     This appeal has been filed pursuant to Federal Rule of Appellate Procedure 9. The court requires counsel to file an abbreviated record and statements of the case in Rule 9 cases. Within seven days of the date of this docketing letter, appellant's counsel shall file a statement of the case, setting forth the facts, legal issues and relief sought. This statement may be filed in letter or pleading form. Additionally, counsel shall attach to the statement such portions of the district court record as may be required for appellate review of the district court's ruling. Within seven days of service of the appellant's statement, the government shall file a response. Upon receipt of the government's response, the clerk's office will submit the matter to a panel of judges for a ruling.

     An order regarding confidentiality is being entered, as this appeal appears to involve a minor victim, a copy of which will be forwarded under separate Notice of Docket Activity.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the procedures for the case, please contact our office.

                                Michael E. Gans
                                Clerk of Court

MMH

Enclosure(s)

cc:    Ms. Kate M. Fogarty
       Mr. Jeremy Gordon
       Mr. Steven L. Kessler
       Ms. Angela M. Munoz
       Mr. Zachary L. Newland
       Ms. Hillary B. Parsons
       Ms. Emily A. Polachek
       Ms. Laura M. Provinzino
       Ms. Lori Simpson
       Ms. Catherine L. Turner
       Anton Joseph Lazzaro

       District Court/Agency Case Number(s):   0:21-cr-00173-PJS-1

**Caption For Case Number:   21-3634**

United States of America

    Plaintiff - Appellee

v.

Anton Joseph Lazzaro

    Defendant - Appellant

**Addresses For Case Participants:   21-3634**

Mr. Charles S. Clas Jr.
WIILSON & CLAS
Suite 210
201 Sixth Street, S.E.
Minneapolis, MN  55418

Ms. Kate M. Fogarty
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

Mr. Jeremy Gordon
LAW OFFICE OF JEREMY GORDON, PLLC
Suite 106
1848 Lone Star Road
Mansfield, TX  76063

Mr. Steven L. Kessler
LAW OFFICES OF STEVEN L. KESSLER
20th Floor
747 Third Avenue
New York, NY  10017-2809

Anton Joseph Lazzaro
SHERBURNE COUNTY JAIL
13880 Business Center Drive, N.W.
Elk River, MN  55330

Ms. Angela M. Munoz
Ms. Emily A. Polachek
Ms. Laura M. Provinzino
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

Mr. Zachary L. Newland
LAW OFFICE OF JEREMY GORDON, PLLC
P.O. Box 2275
Mansfield, TX  76063

Ms. Hillary B. Parsons
CAPLAN & TAMBURINO LAW FIRM
525 Lumber Exchange Building
10 S. Fifth Street
Minneapolis, MN  55402

Ms. Lori Simpson
1005
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320

Ms. Catherine L. Turner
TURNER LAW OFFICE
P.O. BOX 19607
Minneapolis, MN  55419