# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |
| Plaintiff(s) | Case No: 0:21-CR-00173-PJS-DTS |
| v. | |
| Anton Joseph Lazzaro, | |
| Defendant. | |

Pursuant to Rule 83.7(a)(1) & (2) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Hillary B. Parsons, currently listed as counsel of record for Defendant Anton Joseph Lazzaro wishes to withdraw as counsel for Defendant Anton Joseph Lazzaro because has terminated representation by Ms. Parsons. Multiple attorneys have appeared on behalf of Mr. Lazzaro, and after withdrawal, there will still be five attorneys will still be Mr. Lazzaro's counsel after Ms. Parsons withdraws representation.

Dated: November 19, 2021

*Hillary Parsons*
Hillary B. Parsons
Attorney No. 0347103
150 South Fifth Street, Suite 1490
Minneapolis, MN 55402
Phone: 612-341-4570
hparsons@caplanlaw.com