# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-0173 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Anton Joseph Lazzaro (1), | |
| Defendant. | |

This matter is before the Court upon local counsel's Motion for Withdrawal as Counsel (Dkt. No. 89). Two additional local counsel have noticed their appearances for defendant (Dkt. Nos. 47, 70).

**IT IS HEREBY ORDERED**: Attorney Hillary Parson's motion to withdraw as counsel (Dkt. No. 89) is **GRANTED**.

Dated: November 29, 2021

   s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge