# Catherine Turner           Attorney at Law

P.O. Box 19607, Minneapolis, MN 55419
Phone: 612-361-4895
Fax: 866-663-4338
catherine@catherineturnerlaw.com

**Via ECF and Email** (schultz_chambers@mnd.uscourts.gov)
The Honorable David T. Schultz
Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:     *United States v. Anton Lazzaro*
       Minnesota District Court file 0:21-cr-00173(1) (PJS/DTS)

Dear Magistrate Judge Schultz:

     As counsel for Mr. Lazzaro, we write regarding our pending motion to vacate restraints on certain seized property. (Docs. 74-75, filed 10/28/21).

     On November 2, 2021, Your Honor filed a Briefing Order/Notice of Hearing. (Doc. 77). The Order required the government to respond to the motion by November 23, 2021, with any reply by Mr. Lazzaro to be filed today.

     The government has not filed any response to the motion, nor has it contacted counsel regarding this matter. Accordingly, we submit herewith a proposed order granting the motion without opposition. We respectfully request that Your Honor inform the parties whether, in light of the above, the hearing scheduled for December 15 will be necessary.

                              Respectfully submitted,

                              */s/ Catherine Turner*
                              _____
                              Catherine Turner
                              MN Attorney No. 0349057
                              P.O. Box 19607
                              Minneapolis, MN 55419
                              (612) 361-4895
                              (866) 663-4338 fax

        Steven L. Kessler, *pro hac vice*
        LAW OFFICES OF STEVEN L. KESSLER
        P.O. Box 100, Wykagyl Station
        New Rochelle, New York 10804
        (212) 661-1500

        *Attorneys for Defendant Anton Lazzaro*

Encl.
cc: All counsel *(by ECF)*