

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*Telephone: (612) 664-5600*
*Fax: (612) 664-5787*

**VIA ECF**

December 6, 2021

The Honorable David T. Schultz
United States Magistrate Judge
United States District Courthouse
Minneapolis, MN 55415

**Re: *United States v. Anton Lazzaro, et al.*; 21-cr-173-01 (PJS/DTS)**

Dear Magistrate Judge Schultz:

The United States submits this response to the letter filed by Defendant Anton Lazzaro on December 3, 2021 as ECF No. 95, in which he asserts the United States failed to respond to his to motion to vacate restraints on certain seized property, and that the motion should therefore be granted.

Although this Court initially scheduled a hearing date of December 15, 2021 for this motion, the Court subsequently extended those dates when it granted the Defendants' unopposed Second Motion for Extension of Time to File Pretrial Motions. ECF No. 82. That November 15, 2021 Order set a January 10, 2022 deadline for "all motions in this case," and required that "responses to the motions shall be filed by January 24, 2022." A new motions hearing date was then set for February 17, 2022. *Id*.

The government understands that the November 15, 2021 Order supplanted the earlier briefing order and established that its responses to <u>all</u> motions, including the motion regarding the property subject to forfeiture, are due on January 24, 2022, and will be heard on February 17, 2022. As a result, the government's response is not yet due and a decision at this time would be premature.

Respectfully submitted,

CHARLES J. KOVATS, JR.
Acting United States Attorney

*s/Laura M. Provinzino*
LAURA M. PROVINZINO
Assistant United States Attorney
Attorney Reg. No. 0329691