# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
CASE NO. 21-cr-173 (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1. ANTON JOSEPH LAZZARO,<br>   a/k/a Tony Lazzaro,<br>   a/k/a Tony,<br>and<br>2. GISELA CASTRO MEDINA,<br>   a/k/a Gisela Medina,<br><br>    Defendants. | **[PROPOSED] ORDER APPROVING STIPULATION REGARDING MOTION TO VACATE RESTRAINTS ON CERTAIN PROPERTY** |

Based on the Stipulation Regarding Motion to Vacate Restraints on Certain Property between the United States and Anton Joseph Lazzaro, IT IS HEREBY ORDERED that:

1. The Stipulation Regarding Motion to Vacate Restraints on Certain Property (ECF No. *) is APPROVED;

2. The United States' response to the Motion to Vacate Restraints on Certain Property shall be filed by January 24, 2022, Mr. Lazzaro's reply shall be filed by February 4, 2022, and the motion shall be heard on February 17, 2022 at 1:00 pm, jointly with the other motions filed in this case; and

3. Regarding the hearing currently scheduled for 1:00 p.m. on December 15, 2021, the parties agree to have an attorney present at that time to answer any questions of the Court, unless the hearing is cancelled by the Court.

Dated:

_____
DAVID T. SCHULTZ
United States Magistrate Judge