# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Anton Joseph Lazzaro (1), | |
| Defendant. | |

The parties filed a Stipulation Regarding Motion to Vacate Restraints on Certain Property (Dkt. No. 101). **IT IS HEREBY ORDERED**:

1. The Stipulation Regarding Motion to Vacate Restraints on Certain Property (Dkt. No. 101) is APPROVED;

2. The United States' response to the Motion to Vacate Restraints on Certain Property shall be filed by January 24, 2022, Mr. Lazzaro's reply shall be filed by February 4, 2022, and the motion shall be heard on February 17, 2022 at 1:00 pm, jointly with the other motions filed in this case; and

3. The hearing currently scheduled for 1:00 p.m. on December 15, 2021, is CANCELLED.

Dated: December 14, 2021      s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge