| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 21-cr-173 (PJS/DTS) |
| DEFENDANT | TYPE OF PROCESS |
| Anton Lazzaro | Return Asset |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Cyndee Boyovich, Contract Paralegal
U.S. Attorney's Office
300 South 4th Street
Minneapolis, MN 55415

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
21-FBI-001844 / $371,240.00: Return funds pursuant to the attached declination letter

Signature of Attorney other Originator requesting service on behalf of:
CYNTHIA BOYOVICH (Affiliate)
Digitally signed by CYNTHIA BOYOVICH (Affiliate)
Date: 2021.12.14 16:20:26 -06'00'

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 612-664-5600
DATE: 12/14/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 41
District to Serve No. 41
Signature of Authorized USMS Deputy or Clerk
Date: 12/15/21

[X] I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 12/15/21    Time: 0847  [X] am  [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Released funds to Lazzaro 12/15/21.
Treasury disbursed 12/17/21

SCANNED DEC 20 2021 U.S. DISTRICT COURT MPLS

Form USM-285
Rev. 03/21