# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3634

United States of America

Appellee

v.

Anton Joseph Lazzaro

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00173-PJS-1)

---

**MANDATE**

In accordance with the judgment of 12/10/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 03, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit