UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (PJS/DTS)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| ANTON JOSEPH LAZZARO, | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, the defendant in this case, agree to the following statement of facts in support of the defense Joint Motion to Exclude Time Under the Speedy Trial Act:

I understand the deadline to file motions is currently January 10, 2022. My attorneys are requesting an additional four days to sufficiently prepare all motions for my case and thoroughly consult with me prior to filing those motions. My attorneys attempted to schedule meetings with me through the Sherburne County Jail to review the proposed filings and provide my feedback over the past weekend. Sherburne County Jail was unable to accommodate a video visit this past weekend. I was also unable to meet with my attorneys in person to review these motions due to the COVID-19 visitation restrictions. Further, arrangements are still being made between the defense team and the government with respect to the inspection of electronic devices by the defense team. The requested continuance of the pretrial motions date would make all pretrial motions due no later than January 14, 2022.

Based on the above facts, I request that the period from January 10, 2022, through January 14, 2022, be excluded from the time in which I would otherwise have to be brought to a trial on this case. I have discussed this matter with my attorneys and voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: January 10, 2022            /s/ Anton Lazzaro
Anton Joseph Lazzaro[1]
*Defendant*

Dated: January 10, 2022            /s/ Zachary L. Newland
Zachary L. Newland
Catherine Turner
Charles Clas
*Attorneys for Mr. Lazzaro*

---

[1] Signed electronically by counsel with client's permission. Client confirmed via ZOOM on January 10, 2021, that counsel had permission to affix client's signature to this extension.