UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION** |
| v. ) | **FOR DISCLOSURE OF POST-** |
| ) | **CONSPIRACY STATEMENTS OF** |
| ANTON JOSEPH LAZZARO, ) | **CO-DEFENDANTS OR UNINDICTED** |
| ) | **CO-CONSPIRATORS** |
| ) | |
| Defendant. ) | |

The Defendant, Anton Lazzaro, by and through his undersigned attorneys, respectfully moves the Court, pursuant to Rule 16(c) of the Federal Rules of Criminal Procedure and the authority of *Bruton v. United States*, 391 U.S. 123 (1968) for an order as follows:

1. Compelling the Government to give notice and disclosure of intent to use or refer to, and/or introduce into evidence at trial the statements or confessions of any co-defendant or unindicted co-conspirator, together with a designation of which statement or confessions the Government plans to so utilize; and

2. Granting the Defendant leave to file motion for severance, suppression, and/or in limine as indicated by the Government's response and a review of the relevant *Bruton* materials.

This motion is based upon the files, records and proceedings herein, such testimony as may be presented at the motion hearing, and any briefing the Court may require thereafter.

1

Respectfully submitted,

Dated: January 14, 2022			*/s/Catherine Turner*
					Catherine L. Turner
					MN Attorney ID #0349057
					331 Second Avenue South
					Suite 705
					Minneapolis, MN 55401
					Tel: (612) 361-4895
					Fax: (866) 663-4338
					E-mail: catherine@catherineturnerlaw.com

Dated: January 14, 2022			*/s/Zachary Newland*
					Zachary Lee Newland
					Senior Litigation Counsel
					**Jeremy Gordon P.L.L.C.**
					P.O. Box 2275
					Mansfield, Texas 76063
					Tel: (972) 483-4865
					Fax: (972) 584-9230
					E-mail: zach@gordondefense.com
					Texas Bar: 24088967
					https://gordondefense.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly filed and served upon counsel of record, via the Court's CM/ECF system, this 14th day of January 2022.

					*/s/Catherine Turner*
					Catherine Turner