UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTON JOSEPH LAZZARO, )<br>)<br>)<br>Defendant. ) | **DEFENDANT'S MEET AND CONFER STATEMENT** |

Undersigned Counsel for the Defendant, Anton Lazzaro, hereby certifies that, as required by Rule 12.1(b) of the Local Rules of the United States District Court for the District of Minnesota, that a "meet and confer" with Assistant United States Attorneys Laura Provinzino and Angela Munoz was conducted via phone conference on January 10, 2022 regarding the Defendant's pretrial motions, most of which are opposed by the Government.

Respectfully submitted,

Dated: January 14, 2022         */s/Catherine Turner*
                                Catherine L. Turner
                                MN Attorney ID #0349057
                                331 Second Avenue South
                                Suite 705
                                Minneapolis, MN 55401
                                Tel: (612) 361-4895
                                Fax: (866) 663-4338
                                E-mail: catherine@catherineturnerlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was duly filed and served upon counsel of record, via the Court's CM/ECF system, this 14th day of January 2022.

                                                              */s/Catherine Turner*

                                                               Catherine Turner