## Non-Traditional 1591 Sex Trafficking Cases

| Case Name | Force, Fraud, Threats, or Coercion Alleged | Minors Involved | Interstate Travel | State age of consent is higher than Minnesota | Child Pornography | Case Summary |
|---|---|---|---|---|---|---|
| US v. Maxwell | ✔ | ✔ | ✔ | ✔ | | Maxwell was convicted of recruiting women (below FL age of consent of 18) for Jeffrey Epstein's paid massages which was in reality Epstein sexually abusing girls as young as 14. |
| US v. "R" Kelly | ✔ | ✔ | ✔ | ✔ | ✔ | Kelly was convicted of using extremely violent force against several victims who lived in his home that he had sexual relations with and promised to advance their music careers. |
| US v. Rainiere | ✔ | | ✔ | N/A | | Rainiere ran an MLM company that recruited "slave" women to sexually serve the "master" men at the top of the pyramidal structure of the company's MLM operations. Women were branded with Rainiere's initials and forced to do anything their "master" ordered or suffer violent consequences. |
| Harvey Weinstein (1591 Civil) | ✔ | | ✔ | N/A | | Weinstein was convicted in NY court for rape, as well as sued in Federal court for force and coercion (under 1591's civil statue) used to have sex with aspiring actresses in his hotel room in exchange for roles in his productions. |

## Non-Traditional 1591 Sex Trafficking Cases

| Case Name | Force, Fraud, Threats, or Coercion Alleged | Minors Involved | Interstate Travel | State age of consent is higher than Minnesota | Child Pornography | Case Summary |
|---|---|---|---|---|---|---|
| MindGeek/PornHub (1591 Civil) | ✔ | ✔ | | ✔ | ✔ | "Revenge porn" case involving an ex-boyfriend uploading a sex video of a minor to PornHub in which Federal judge ruled was a commercial sex act due to force, fraud, threats, or coercion. |
| FOX News (1591 Civil) | ✔ | | | N/A | | FOX News anchor (Ed Henry) used force in a hotel room with a coworker and promised her to advance her career at the news network only to threaten her termination if the abuse did not continue as it did for several years. |
| Backpage.com (Criminal and Civil 1591 Cases) | ✔ | ✔ | ✔ | ✔ | ✔ | Criminal and civil cases involving the sex trafficking of minors and child pornography the operators of the website were aware of, profited from, and did not require any age verification services. |
| US v. Garcia (GirlsDoPorn.com) | ✔ | | ✔ | N/A | | Defendants recruited women to participate in pornography videos strongly assuring them they were solely for private collectors or Asian DVD releases and would never be distributed online. In reality, videos were distributed on a large US-based adult website. |

## Non-Traditional 1591 Sex Trafficking Cases

| Case Name | Force, Fraud, Threats, or Coercion Alleged | Minors Involved | Interstate Travel | State age of consent is higher than Minnesota | Child Pornography | Case Summary |
|---|---|---|---|---|---|---|
| US v. Cook | ✔ | ✔ |  | ✔ | ✔ | Married MO couple illegally adopted a 16-year-old and entered her into a "slavery contract". Defendants sold live stream subscriptions of "torture sessions" depicting extreme bondage. |
| US v. Epstein | ✔ | ✔ | ✔ | ✔ | ✔ | Multiple victims (as young as 14) alleged that Epstein would hire them for a legitimate massage at his Palm Beach home which would then turn sexual as Epstein sexually abused them. |
| Bruce Weber (1591 Civil) | ✔ |  | ✔ | N/A |  | Plaintiffs allege that Weber sexually molested them during photography sessions where they were promised to have their modeling careers advanced by Weber's deep industry strongholds with large mens magazines such as GQ, etc. |
| US v. Jungers |  | ✔ | ✔ |  |  | Iowa man agreed by email and phone (to undercover officers) to travel to South Dakota and pay $200 to have oral sex with an 11-year-old girl. |

## Non-Traditional 1591 Sex Trafficking Cases

| Case Name | Force, Fraud, Threats, or Coercion Alleged | Minors Involved | Interstate Travel | State age of consent is higher than Minnesota | Child Pornography | Case Summary |
|---|---|---|---|---|---|---|
| US v. Bonestroo | | ✔ | | | | South Dakota man agreed (to undercover officers) to pay $200 to have sex with 14-year-old twins. |
| Loffstead (Dismissed, Dec 2021) | | ✔ | | | ✔ | Nevada man agreed to pay 15-year-old for sex (also a string operation) but case was dismissed due to outrageous conduct by the government changing the age of the fictitious teenage girl. |
| US v. Erasquin | ✔ | ✔ | ✔ | ✔ | ✔ | The only other "sugar daddy" 1591 case, however it occurred in VA (Age of consent is 18), and defendant alleged to have stalked and threatened victims, as well as secretly record them during sex acts. Prepubescent child pornography was also discovered on defendants computer. |
| US v. Ratliff | ✔ | ✔ | | | | Iowa restaurant owner used his commercial property for commercial sex acts with multiple controlled substances, force, fraud, threats or coercion, and minors. |

## Non-Traditional 1591 Sex Trafficking Cases

| Case Name | Force, Fraud, Threats, or Coercion Alleged | Minors Involved | Interstate Travel | State age of consent is higher than Minnesota | Child Pornography | Case Summary |
|---|---|---|---|---|---|---|
| US v. Wolff | | ✔ | | ✔ | | North Dakota man responded to a Craigslist personal ad and explicitly agreed to pay $200 for sex with a 16-year-old girl. |
| US v. Greenberg | | ✔ | ✔ | ✔ | | Greenberg pleaded guilty to charges of identity theft, stalking, wire fraud, conspiracy to bribe a public official and sex trafficking of a minor. |
| US v. Lazzaro | | ✔ | | | | Lazzaro is alleged to have given "expensive gifts" to young women above the MN age of consent whom with some he had consensual sexual relations with. |