UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-171(1) (PJS/DTS)

UNITED STATES OF AMERICA,

   Plaintiff,

   v.                              **NOTICE OF INTENT TO CALL WITNESS**

ANTON JOSEPH LAZZARO,
a/k/a Tony Lazzaro,
a/k/a Tony,

   Defendant.

Please be advised that at the motions hearing in this case, the United States will call as a witness FBI Special Agent Patrick Rielly, whose direct testimony will take an estimated twenty to thirty minutes. This is related to Defendant's suppression motion ECF No. 127.

                                      Respectfully submitted,

Dated:  January 28, 2022            CHARLES J. KOVATS, JR.
                                      Acting United States Attorney

                                      *s/ Emily Polachek*
                                      BY: EMILY A. POLACHEK
                                      Attorney Reg. No. 0390973
                                      ANGELA M. MUNOZ
                                      Attorney Reg. No. 0389207
                                      LAURA M. PROVINZINO
                                      Attorney Reg. No. 0329691
                                      Assistant United States Attorneys