United States District Court
District Of Minnesota
Criminal No. 21-173 (PJS/DTS)

| | |
|---|---|
| United States Of America, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>Anton Joseph Lazzaro, )<br>)<br>           Defendant. ) | **Motion to Withdraw Appearance of**<br>**Zachary Newland and Jeremy Gordon** |

Movant attorneys Zachary L. Newland and Jeremy B. Gordon of the law firm of Jeremy Gordon, PLLC respectfully seek permission from the Court to withdraw as counsel of record for Defendant Anton Joseph Lazzaro in this case. Defendant Lazzaro has terminated the attorney-client relationship with Movants and instructed them to file a prompt motion to withdraw.

Movant attorneys previously filed motions requesting permission to appear *pro hac vice* as Defendant's counsel in this case. (ECF No. 10 and 11). The Court granted Movant attorneys' request and allowed them to appear. (ECF 15). Defendant is currently represented by multiple qualified attorneys in this matter in addition to Movant attorneys. (ECF No. 41, 47, and 70).

On February 3, 2022, Defendant Lazzaro notified Zachary Newland and Jeremy Gordon that Defendant Lazzaro was terminating their services as his attorneys. Movants were instructed by Defendant to file motions to withdraw immediately and take no further action on Defendant's case. This motion followed.

Defendant Lazzaro currently has a deadline of February 4, 2022, to file replies in support of his pretrial motions. Although undersigned counsels were prepared to meet this deadline, Defendant Lazzaro specifically instructed that Zachary Newland and Jeremy Gordon take no further action to comply with this deadline. Movants requested permission to file a motion seeking a brief extension of time on Defendant Lazzaro's behalf. That permission was denied. Upon information and belief, remaining counsel intend to seek an extension of Defendant Lazzaro's filing deadline today.

Movants do not have any reason to believe that their prompt withdrawal from representation would unduly prejudice either party. Movants do not believe that their withdrawal would unnecessarily hinder the administration of justice. This case is not yet set for trial and Defendant Lazzaro remains incarcerated. Any consequence of permitting the withdrawal of undersigned counsel at this time would be minimal and not likely to prejudice the Government. Movants will of course coordinate to ensure the orderly transmission of Defendant Lazzaro's file and assist in any substitution.

## Conclusion

Movant attorneys Zachary Newland and Jeremy Gordon of the law firm Jeremy Gordon, PLLC respectfully seek permission to withdraw as counsel of record. Defendant Lazzaro has exercised his right to counsel of choice; a right that encompasses the ability to hire and fire retained counsel.

Respectfully submitted,

/s/ Zachary Newland
Zachary Lee Newland
Senior Litigation Counsel
**Jeremy Gordon P.L.L.C.**
P.O. Box 2275
Mansfield, Texas 76063
Tel: (972) 483-4865
Fax: (972) 584-9230
E-mail: zach@gordondefense.com
Texas Bar: 24088967
https://gordondefense.com


/s/ Jeremy Gordon
Jeremy Gordon
Principal Attorney
**Jeremy Gordon P.L.L.C.**
P.O. Box 2275
Mansfield, Texas 76063
Tel: (972) 483-4865
Fax: (972) 584-9230
E-mail: jeremy@gordondefense.com
Texas Bar: 24049810
https://gordondefense.com

*Counsel for Defendant Anton Lazzaro*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly filed and served upon counsel of record via the Court's CM/ECF system, this 4th day of February 2022.

/s/ Zachary L. Newland
Zachary L. Newland