UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 21-173 (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO WITHDRAW** |
| v. ) | **APPEARANCE OF COUNSEL** |
| ) | |
| ANTON JOSEPH LAZZARO, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Movant attorney Catherine Turner respectfully seeks permission from the Court to withdraw as counsel of record for Defendant Anton Joseph Lazzaro in this case. Mr. Lazzaro has terminated the attorney-client relationship with Movant and instructed her to file a prompt motion to withdraw.

Movant attorney previously filed a notice of appearance on September 22, 2021. (ECF 47). Defendant is currently represented by multiple qualified attorneys in this matter in addition to Movant. (ECF 36 and 70).

On February 3, 2022, Defendant Lazzaro notified Ms. Turner that he was terminating her services as his attorney and instructed her to file a motion to withdraw immediately and take no further action on his case. This motion followed.

Defendant Lazzaro currently has a deadline of February 4, 2022, to file replies in support of his pretrial motions. Although Ms. Turner was prepared to meet this deadline, Mr. Lazzaro specifically instructed that she take no further action to comply with this deadline. Ms. Turner requested permission to file a motion seeking a brief extension of time on Defendant Lazzaro's behalf. That permission was denied. It is Movant's understanding that remaining counsel intend to seek an extension of Mr. Lazzaro's filing deadline today.

Ms. Turner does not have any reason to believe that her prompt withdrawal from representation would unduly prejudice either party. Movant does not believe that her withdrawal would unnecessarily hinder the administration of justice. This case is not yet set for trial and Mr. Lazzaro remains incarcerated. Any consequence of permitting the withdrawal of Movant at this

time would be minimal and not likely to prejudice the Government. Ms. Turner will help in any way to smooth the transition of new attorneys onto the case.

      Defendant Lazzaro has exercised his right to counsel of choice; a right that encompasses the ability to hire and fire retained counsel. For the reasons explained herein, Ms. Turner respectfully now seeks permission to withdraw as counsel of record.

Respectfully submitted,

Dated: February 4, 2022           */s/Catherine Turner*
                                               Catherine L. Turner
                                               MN Attorney ID #0349057
                                               331 Second Avenue South
                                               Suite 705
                                               Minneapolis, MN 55401
                                               Tel: (612) 361-4895
                                               Fax: (866) 663-4338
                                               E-mail: catherine@catherineturnerlaw.com