UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-0173 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Anton Joseph Lazzaro (1), | |
| Defendant. | |

This matter is before the Court upon counsel's Motion for Withdrawal as Counsel (Dkt. No. 141). Defendant is still represented by other counsel.

**IT IS HEREBY ORDERED**: Attorneys Zachary Newland and Jeremy Gordan's motion to withdraw as counsel (Dkt. No. 141) is **GRANTED**.

Dated: February 8, 2022

   s/David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge