UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-173 (PJS/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.       Plaintiff,<br><br>ANTON JOSEPH LAZZARO,<br><br>      Defendant. | **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, the defendant in this case, agree to the following statement of facts in support of the defense Motion to Exclude Time Under the Speedy Trial Act:

I understand the motion hearing is scheduled for February 17, 2022. On February 3, 2022, I discharged my two lead attorneys who were performing the substantive work on all motions and were expected to perform all arguments at the motion hearing. Charles Clas and Steven Kessler are still attorneys of record in this matter. Mr. Clas has not been directly responsible for working on these motions. Mr. Kessler has been solely responsible for addressing all forfeiture motions in this matter. I plan on hiring new lead counsel to represent me in all motion practice and serve as lead trial counsel moving forward. I require an additional 30 days to sufficiently hire new lead counsel to represent me at the future motion hearing date and serve as my lead counsel moving forward.

The defense requests a continuance of the date of the motion hearing to March 21, 2022. Based on the above facts, I request that the period from now until that date be excluded from the time in which I would otherwise have to be brought to a trial on this case. I have discussed this matter with my attorneys and voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

_Feb. 8, 2022_
Date

_[signature]_
Anton Joseph Lazzaro

2/7/2022                                    /s/ Charles S. Clas Jr.
Date                                        Charles S. Clas Jr.
                                            Attorney for Defendant