# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

            Plaintiff,

                                           **COURT MINUTES**

v.                                 BEFORE:  DAVID T. SCHULTZ
                                       U.S. Magistrate Judge

Anton Joseph Lazzaro,

|  |  |  |
|---|---|---|
| Defendant | Case No: | 21-cr-173 (PJS/DTS) |
| | Date: | March 24, 2022 |
| | Court Reporter: | Paula Richter |
| | Courthouse: | Minneapolis |
| | Courtroom: | 9E |
| | Time Commenced: | 3:30 p.m. |
| | Time Concluded: | 5:24 p.m. |
| | Time in Court: | 1 hour 54 minutes |
| | Hearing Type: | Oral Argument |

APPEARANCES:

Plaintiff:   Laura Provinzino, Craig Baune, Emily Polachek, and Angela Munoz on behalf of the
      United States of America

For Defendant:   Gary Springstead, Donald Davis, Michael Bartish, Nicole Springstead-Stolte,
      Steven Kessler, Charles Clas, Retained

PROCEEDINGS:

| | |
|---|---|
| #8 | Government's Motion for Discovery |
| #74, 122-126, 128, 129 | Defendant's non-dispositive motions |
| #127, 132, 133 | Defendant's dispositive motion |

Def. addt'l brief due:  **April 15, 2022**    Govt. addt'l brief due:  **April 29, 2022**

Non-Dispositive motions taken under advisement as of **3/24/2022**: #8, 74, 122-126, 128, 129
Dispositive motions taken under advisement as of **4/29/2022**: Dkt. Nos. 127, 132, 133.

                                                      __s/ NEM__
                                                        Law Clerk