# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No.: 21-CR-173 (PJS/DTS)-1 |
| Plaintiff, | **Mr. Lazzaro's Notice of Intent Regarding Asserting an Insanity, Alibi, or Public Authority Defense** |
| Anton Joseph Lazzaro (1), Gisela Castro Medina (2), | |
| Defendants. | |

The Court ordered that counsel for Mr. Anton Lazzaro notify the Government if they intend to assert an Insanity, Alibi, or Public Authority defense by April 1, 2022. Defense counsel does not intend on asserting an Insanity, Alibi, or Public Authority defense at trial.

Respectfully submitted,

Dated: 3/30/2022

*/s/ Nicole Springstead-Stolte*
Nicole Springstead-Stolte (P84532)
SPRINGSTEAD BARTISH BORGULA & LYNCH, PLLC
Attorneys for the Defendant
60 Monroe Center St. NW #500
Grand Rapids, MI 49503
(616) 458-5500
nicole@sbbllaw.com