UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No. 21-173 (PJS/DTS)*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR SELECTIVE PROSECUTION** |
| vs. | |
| ANTON JOSEPH LAZZARO, | |
| Defendant. | |

The attorneys for Anton Lazzaro now file this Notice to inform the Court that they are withdrawing the Motion to Dismiss for Selective Prosecution. (Doc. No. 133). Counsel for Mr. Lazzaro notes that they may file a future motion for leave to the Court requesting further discovery on this legal issue. The withdrawal of this motion was done over the objection of Mr. Lazzaro and he has advised counsel he will be filing a supplemental brief "pro se."

Respectfully submitted,

Dated: 4/15/2022

/s/ *Gary K. Springstead*
Gary K. Springstead
Attorney ID No.: P59726
Springstead Bartish Borgula & Lynch, PLLC
60 Monroe Center St. NW #500
Grand Rapids, MI 49503
(612) 458-5500
gary@sbbllaw.com

/s/ *Charles S. Clas Jr.*
Charles S. Clas, Jr., esq.
Attorney ID No.: 396427
Wilson & Clas
201 Sixth Street Southeast, Suite 210
Minneapolis, MN 55414
(612) 760-4048
cclas@wilsoncd.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly filed and served upon counsel of record, via the Court's CM/ECF system, this 15th day of April 2022.

Dated: 4/15/2022  /s/ *Charles S. Clas, Jr.*
Charles S. Clas, Jr., esq.
Attorney ID No.: 396427
Wilson & Clas
201 Sixth Street Southeast, Suite 210
Minneapolis, MN 55414
(612) 760-4048
cclas@wilsoncd.com