# PRIORITY MAIL EXPRESS®

APR 18 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

X-RAYED BY USMS

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP



**Signature Confirmation**

EP13F May 2020
OD: 12 1/2 x 9 1/2

## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

Anton J. Lazzaro
c/o Sherburne County Jail
13880 Business Center Drive #200
Elk River, MN 55330

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Magistrate David T. Schultz
U.S. District Court
300 S Fourth Street
Minneapolis, MN 55415

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◄ PEEL FROM THIS CORNER

55415   R2305H128...-66

EI 155 919 158 US

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 55111
Scheduled Delivery Date: 04/18/22
Postage: $

Date Accepted: 04/15/22
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 9:18 ☐ AM ☒ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $26.85

Weight: ☒ Flat Rate   lbs. 9 ozs.
Acceptance Employee Initials: PS

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

SCANNED
APR 19 2022
U.S. DISTRICT COURT MPLS


