4/15/2022

Via U.S. Express Mail

Magistrate David T. Schultz
U.S. District Court
300 S Fourth Street
Minneapolis, MN 55415

Re: **Selective Prosecution Motion, U.S. v. Lazzaro 21-173 (PJS/DTS)**

Dear Magistrate Shultz:

I hope this letter finds you well. I am contacting your Court in respect to my motion to dismiss the indictment against me for selective prosecution. As you are aware, I have recently discharged several of my attorneys and retained new counsel.

I recognize that I am an individual fortunate enough to retain private counsel of my choosing. However, I have been unable to come to a mutual understanding with my counsel as to the tremendous importance and needful detail of this motion.

Therefore, I have drafted the enclosed brief utilizing my legal training. I do understand that the Court always has discretion over pro se motions when a defendant is represented by counsel. I therefore respectfully ask the Court to consider this legal brief as I wholeheartedly feel it has great merit.

Additionally, I am enclosing an *Outrageous Conduct by the Government* motion my counsel has been waiting to file ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We have also been desperately trying to arrange a polygraph examination at the Sherburne County Jail which has been met with constant delay due to ongoing pandemic protocols. This matter is pertinent to the Court seeing the ongoing abusive behavior by the DOJ that I have experienced. I assure you that I am a very reasonable individual who respects our judicial system. But with the extremely serious charges I am facing, I feel it is my duty to bring these issues to the Court's attention without further delay.

Thank you in advance.

Respectfully yours,

/s/ Anton J. Lazzaro

**RECEIVED**
APR 18 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
APR 19 2022
U.S. DISTRICT COURT MPLS

1