# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Anton Joseph Lazzaro (1), *also known as* Tony Lazzaro, *also known as* Tony, | |
| Defendant. | |

Defendant Anton Joseph Lazzaro filed a *pro se* letter to the Court [Dkt. No. 190], a *pro se* Memorandum in Support of Motion to Dismiss for Outrageous Conduct by the Government [Dkt. No. 191], and a *pro se* Supplement to His Motion to Dismiss for Selective Prosecution [Dkt. No. 192]. Lazzaro is represented by eight attorneys and has, through his attorneys, previously withdrawn his Motion to Dismiss for Selective Prosecution. Mot. Withdrawal Notice, Dkt. No. 187. Lazzaro acknowledged this Court's discretion to consider *pro se* filings when a defendant is represented by counsel. Dkt. No. 190.

The Court allowed Lazzaro to docket his *pro se* documents for purposes of the record. Lazzaro's Motion to Dismiss for Selective Prosecution has been withdrawn. Lazzaro may not simultaneously represent himself while being represented by counsel. Therefore, the Court declines to consider the merits of Lazzaro's *pro se* filings.

## ORDER

The Court, being duly advised in the premises, upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED:

1. The Court declines to consider the *pro se* filings.

2. The government need not file a response to the *pro se* filings.

Dated: April 26, 2022                                       ___s/ David T. Schultz_____
                                                            DAVID T. SCHULTZ
                                                            U.S. Magistrate Judge