# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Anton Joseph Lazzaro (1), *also known as* Tony Lazzaro, *also known as* Tony, | |
| Defendant. | |

Defendant Anton Joseph Lazzaro moves for Leave to File a Reply to Government's Filing No. 198 [Dkt. No. 200]. The government opposes the motion. Dkt. No. 201. The Court, being duly advised in the premises, upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED:

1. Lazzaro's Motion for Leave to File a Reply to Government's Filing No. 198 [Dkt. No. 200] is **GRANTED**.

2. The Clerk of Court shall designate Dkt. No. 200-1 as Defendant's Reply to the Government's Constitutional Vagueness Challenge Response.

3. Lazzaro shall not refile the Reply.

Dated: May 4, 2022

   s/David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge