UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No.: 21-CR-173 (PJS/DTS) |
| Plaintiff, | **Motion to Withdraw Appearance of Attorneys Gary Springstead, Michael Bartish, Kathy Springstead, Nicole Springstead-Stolte, and Donald Davis** |
| v. | |
| Anton Joseph Lazzaro (1), Gisela Castro Medina (2), | |
| Defendants. | |

---

Attorneys Gary K. Springstead, Michael R. Bartish, Kathy M. Springstead, Nicole E. Springstead-Stolte, and Donald A. Davis of the law firm Springstead, Bartish, Borgula & Lynch PLLC (SBBL Law), respectfully seek permission from the Court to withdraw as counsel of record for Defendant Anton Joseph Lazzaro in this case. Defendant Lazzaro has indicated his wish to terminate the attorney-client relationship with SBBL Law. Therefore, the attorneys listed above respectfully submit this motion to withdraw.

The attorneys from SBBL Law previously filed motions requesting permission to appear *pro hac vice* as Defendant's counsel in this case. (ECF No. 157, 158, 166, 167, 168). The Court granted this request and allowed them to appear. (ECF No. 159, 174). Defendant is currently represented by multiple attorneys in this matter in addition to those at SBBL Law.

SBBL Law does not have any reason to believe that their prompt withdrawal from representation would unduly prejudice either party. Nor does SBBL Law believe their withdrawal would unnecessarily hinder the administration of justice. This case is not yet set for trial and Defendant Lazzaro remains incarcerated. Any consequence of permitting the withdrawal of undersigned counsel at this time would be minimal and not likely to prejudice the Government. SBBL Law will of course coordinate to ensure the orderly transmission of Defendant Lazzaro's file and assist in any substitution.

### CONCLUSION

The attorneys from SBBL Law (Gary K. Springstead, Michael R. Bartish, Kathy M. Springstead, Nicole E. Springstead-Stolte, and Donald A. Davis) respectfully seek permission from the Court to withdraw as counsel of record for Defendant Anton Joseph Lazzaro in this case. Defendant Lazzaro has exercised his right to counsel of choice; a right that encompasses the ability to hire and fire retained counsel.

Respectfully submitted,

SPRINGSTEAD BARTISH BORGULA & LYNCH, PLLC

Dated: 06/3/22

/s/ Gary K. Springstead
Attorney for the Defendant, Anton Lazzaro
State Bar of Michigan No. P59726
60 Monroe Center St. NW #500
Grand Rapids, MI 49503
(616) 458-5500 (telephone)
gary@sbbllaw.com

/s/ Michael R. Bartish
Attorney for the Defendant, Anton Lazzaro
State Bar of Michigan No. P65097
60 Monroe Center St. NW #500
Grand Rapids, MI 49503

(616) 458-5500 (telephone)
mike@sbbllaw.com

/s/ Donald A. Davis
Attorney for the Defendant, Anton Lazzaro
State Bar of Michigan No. P24049
60 Monroe Center St. NW #500
Grand Rapids, MI 49503
(616) 458-5500 (telephone)
dondavis@sbbllaw.com

/s/ Kathy M. Springstead
Attorney for the Defendant, Anton Lazzaro
State Bar of Michigan No. P74925
60 Monroe Center St. NW #500
Grand Rapids, MI 49503
(616) 458-5500 (telephone)
kathy@sbbllaw.com

/s/ Nicole E. Springstead-Stolte
Attorney for the Defendant, Anton Lazzaro
State Bar of Michigan No. P84532
60 Monroe Center St. NW #500
Grand Rapids, MI 49503
(616) 458-5500 (telephone)
nicole@sbbllaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly filed and served upon counsel of record, via the Court's CM/ECF system, this 3rd day of June 2022.

                                                SPRINGSTEAD BARTISH BORGULA & LYNCH, PLLC

Dated: 06/3/22                /s/ Gary K. Springstead
                                        Attorneys for the Defendant, Anton Lazzaro
                                        State Bar of Michigan No. P59726
                                        60 Monroe Center St. NW #500
                                        Grand Rapids, MI 49503
                                        (616) 458-5500 (telephone)
                                        gary@sbbllaw.com