UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-0173 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| ANTON JOSEPH LAZZARO, | |
| Defendant. | |

This matter is before the Court on the defendant's motion for an extension of time to file objections to the Report and Recommendation of Magistrate Judge Schultz. ECF No. 208. The defendant seeks a one-week extension, until June 17, 2022, to allow for adequate preparation.

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. The defendant's Motion for Extension of Time to File Objections to the Report and Recommendation [ECF No. 208] is GRANTED.

2. The defendant's objections to the R&R must be filed no later than June 17, 2022.

Dated: June 3, 2022            s/Patrick J. Schiltz
                                                        Patrick J. Schiltz
                                                        United States District Judge