# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 21-cr-173 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Anton Joseph Lazzaro (1), *also known as* Tony Lazzaro, *also known as* Tony, | |
| Defendant. | |

---

Defendant Anton Joseph Lazzaro, through his counsel, filed a Motion for Leave to Have the Court Consider Motion for Sanctions [Dkt. No. 212], a Motion for Sanctions for Government Breach of Privileged Communications [Dkt. No. 213], and a Motion for Leave to Reinstate and Amend Motion to Dismiss for Selective/Vindictive Prosecution [Dkt. No. 214] on June 20, 2022. The government emailed Magistrate Judge Schultz's chambers and requested an opportunity to respond. The government seeks 30 days to do so on the ground that it "will permit a full response to the objections to the R&R and account for federal holidays and other work obligations." This Court directed the government to file its request with the Court and the government filed a Request to Respond to Defendant's Motion for Sanctions [Dkt. No. 215].

**IT IS HEREBY ORDERED:**

1. The government's Request to Respond to Defendant's Motion for Sanctions [Dkt. No. 215] is **GRANTED IN PART** and **DENIED IN PART**. The government shall fully respond to the Motion for Leave to Have the Court Consider Motion for Sanctions [Dkt. No. 212], the Motion for Sanctions for Government Breach of Privileged Communications

[Dkt. No. 213], and the Motion for Leave to Reinstate and Amend Motion to Dismiss for Selective/Vindictive Prosecution [Dkt. No. 214] by **July 8, 2022**.

2. No additional briefing is permitted by either party.

3. To the extent the government is requesting additional time to "respon[d] to the objections to the R&R," the request is **DENIED**. Such a request must be decided by the District Judge who will consider the objections.

4. An evidentiary hearing on the Motion for Leave to Have the Court Consider Motion for Sanctions [Dkt. No. 212] and the Motion for Sanctions for Government Breach of Privileged Communications [Dkt. No. 213] will take place before the undersigned on **July 14, 2022** at **1:00 p.m.** in Courtroom 9E, Diana E. Murphy Courthouse, 300 South Fourth Street, Minneapolis.

Dated: June 22, 2022                                    __s/ David T. Schultz_____
                                                        DAVID T. SCHULTZ
                                                        United States Magistrate Judge