| | | Listen | Listened | Call Date | | Location | Caller Name | Caller PIN | Three Way | Destination Number | Dest City/State | Duration | Charges | Disposition | Alert | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊕ | ☐ | Listen | | 07/20/2022 13:25:35 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 03:47 | $0.64 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/20/2022 13:04:23 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 20:00 | $3.20 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/20/2022 12:43:54 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 20:00 | $3.20 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/20/2022 10:57:35 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 20:00 | $3.20 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/20/2022 10:37:11 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 20:00 | $3.20 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/20/2022 09:36:45 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 7793 | Minneapols, MN | 06:14 | $1.12 | COMP: Prepaid - Caller | | Notes |
| ⊕ | ☐ | Listen | | 07/20/2022 09:35:41 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0677 | Cambridge, MN | 00:24 | $0.16 | COMP: Prepaid - Caller | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 21:23:49 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 07:54 | $1.28 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 21:03:13 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 19:46 | $3.20 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 21:02:15 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 9891 | Austin, TX | 00:05 | $0.00 | COMP: Free | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 20:59:59 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 9891 | Austin, TX | 00:03 | $0.00 | COMP: Free | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 20:52:22 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 9891 | Austin, TX | 00:04 | $0.00 | COMP: Free | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 20:51:48 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 6190 | Beverlyhls, CA | 00:04 | $0.00 | COMP: Free | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 19:50:24 | EN | SPECIAL HOUSING - 2 & 3 FRONTSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 08:29 | $1.44 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 19:28:19 | EN | SPECIAL HOUSING - 2 & 3 FRONTSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 00:45 | $0.16 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 19:07:07 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 5146 | ST Paul, MN | 15:08 | $2.56 | COMP: Prepaid - Caller | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 19:06:11 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 00:03 | $0.00 | COMP: Free | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 18:56:59 | EN | SPECIAL HOUSING - 2 & 3 FRONTSIDE | Lazzaro, Anton | 25584 | Not Detected | 6190 | Beverlyhls, CA | 00:45 | $0.16 | COMP: Prepaid - Caller | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 18:51:04 | EN | SPECIAL HOUSING - 2 & 3 FRONTSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 00:23 | $0.16 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 18:33:00 | EN | SPECIAL HOUSING - 2 & 3 FRONTSIDE | Lazzaro, Anton | 25584 | Not Detected | 9891 | Austin, TX | 12:51 | $2.08 | COMP: Prepaid - Caller | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 18:26:49 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 9891 | Austin, TX | 04:22 | $0.80 | COMP: Prepaid - Caller | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 17:50:42 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 9891 | Austin, TX | 00:29 | $0.16 | COMP: Prepaid - Caller | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 17:42:32 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 04:17 | $0.80 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 17:41:51 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 00:16 | $0.16 | COMP: Prepaid - Destination | | Notes |
| ⊕ | ☐ | Listen | | 07/19/2022 17:31:54 | EN | SPECIAL HOUSING - 2 & 3 BACKSIDE | Lazzaro, Anton | 25584 | Not Detected | 0310 | Bloomingtn, MN | 06:28 | $1.12 | COMP: Prepaid - Destination | | |

**GOVERNMENT EXHIBIT 1**
21-CR-173 (PJS/DTS)