UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-173(1) (PJS/DTS)

UNITED STATES OF AMERICA,

v.

ANTON JOSEPH LAZZARO,
a/k/a Tony Lazzaro,
a/k/a Tony,

Defendant.

**NOTICE OF INTENT TO CALL WITNESSES**

After consulting with defense counsel, the government intends to call the following witnesses to testify at the August 4, 2022, evidentiary hearing concerning defendant Anton Lazzaro's motion for sanctions. Dkt. # 213.

1. BCA Criminal Intelligence Analyst Susan Webb; and
2. FBI Tactical Specialist Mary Cunningham.

Dated:  August 2, 2022

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*s/Melinda A. Williams*

BY: MELINDA A. WILLIAMS
U.S. Attorney's Office
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
Attorney ID No. 491005DC