# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA
# CRIMINAL HEARING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTON JOSEPH LAZZARO,

        Defendant.

## COURT MINUTES
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 21-cr-173 PJS/DTS |
| Date: | October 11, 2022 |
| Court Reporter: | Brittany Blesener |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time: | 3:59pm - 5:22pm |
| Time in Court: | 1 hour and 23 minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

Plaintiff: Melinda Williams, Assistant U.S. Attorney
          Laura Provinzino, Assistant U.S. Attorney

For Defendant: Charles Clas, Retained
             Daniel Gerdts, Retained

PROCEEDINGS:

Hearing on Sealed Motions

☒ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ NO R&R TO BE ISSUED

ADDITIONAL INFORMATION:

Magistrate Judge Schultz ordered the transcript of the hearing be sealed.

MS
Law Clerk
