November 23, 2022

Dear Honorable Judge Schiltz,

    I would like to briefly and respectfully submit my feelings towards a case your honor is currently presiding over. As a legal activist for three decades, I have never seen such a strange modification of a legal standard as in your honor's or Magistrate Schultz's in the U.S. v. Lazzaro matter (regarding selective prosecution).

    It is even more shocking however that the federal task force responsible for investigating sex trafficking in Minnesota only brought **one** case federally over two years with so many strange political happenstances by the AUSA.

    Your honor's opinion appears to even suggest that a defendant is to somehow be able to demonstrate what cases the U.S. Attorney's Office is aware of without first being granted discovery. Surely, a fundamentally impossible duty.

    Even though Mr. Lazzaro has presented hundreds of comparators to the court, your honor's requirements appear to require the defendant to demonstrate "identical comparators" even after demonstrating the unbelievable failure of the task force while the state has properly charged hundreds of people for prostitution offenses that would easily fall under the sex trafficking umbrella if the task force had indeed done their job.

    With all due respect to your honor, the "Armstrong" standard for discovery should have already been met as Mr. Lazzaro has shown comparators and inexorable "coincidences" on the part of the prosecution.

Respectfully submitted,

Anonymous