RECEIVED BY MAIL

DEC 02 2022

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

PROVIDENCE RI 028

28 NOV 2022 PM 3 L

Chief Judge Patrick Schiltz
U.S. District Court
300 South 4th Street
Minneapolis, MN 55415

55415-132099

