UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-173(1) (PJS/DTS)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANTON JOSEPH LAZZARO
a/k/a Tony Lazzaro,
a/k/a Tony,

      Defendant.

**GOVERNMENT'S INDEX OF EXHIBITS IN SUPPORT OF EXPERT WITNESS DISCLOSURES**

| Document | Exhibit |
|---|---|
| Curriculum Vitae of Dr. Sharon Cooper | 1 |
| Expert Medical Witness Testimony of Dr. Sharon Cooper | 2 |
| Curriculum Vitae of Dr. Dominique Roe-Sepowitz | 3 |
| Curriculum Vitae of FBI Special Agent Nicole Lopez | 4 |
| Curriculum Vitae of Vicki Klemz | 5 |
| Curriculum Vitae of Cary Johansen | 6 |
| Expert Witness Testimony of Cary Johansen | 7 |