UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-0173 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| ANTON JOSEPH LAZZARO, | |
| Defendant. | |

This matter is before the Court on the government's motion to file more than five motions in limine prior to trial. ECF No. 290. Defense counsel joins in the motion.

Based on all the records, files and proceedings herein, it is hereby ORDERED that:

1. The government's motion to file more than five motions in limine [290] is GRANTED.

2. Each party may file no more than ten motions in limine.

3. All dates and deadlines set out in the Court's pretrial order [ECF. No. 267] remain unchanged.

Dated: March 1, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court