UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | DEFENDANT ANTON JOSEPH LAZZARO'S MOTION IN LIMINE TO FORBID THE PROSECUTION AND ITS WITNESSES FROM MAKING ANY REFERENCE IN THE PRESENCE OF THE JURY TO DEFENDANT'S INVESTMENTS AND PARTICIPATION IN ADULT THEMED BUSINESSES |
| Plaintiff, | |
| vs. | |
| Anton Joseph Lazzaro, | |
| Defendant. | |
| | Crim. No. 21-173 (PJS/DTS) |

Defendant Anton Joseph Lazzaro, through his counsel Daniel L. Gerdts, Esq., hereby moves the Court *in limine* to prohibit the prosecution and its witnesses from making any reference to his investments or participation in any legal adult-themed businesses, including legal adult pornography and websites. Such references would have no relevance to this lawsuit, and should otherwise be excluded under Rule 403.

Dated: 6 March 2023

Respectfully submitted,

DANIEL L. GERDTS, LAWYER

s/ Daniel L. Gerdts

Daniel L. Gerdts (#207329)
331Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086