UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Anton Joseph Lazzaro,<br><br>    Defendant. | DEFENDANT ANTON JOSEPH LAZZARO'S MOTION IN LIMINE TO FORBID THE PROSECUTION AND ITS WITNESSES FROM MAKING ANY REFERENCE IN THE PRESENCE OF THE JURY TO OTHER CASES RAISING SIMILAR ALLEGATIONS<br><br>Crim. No. 21-173 (PJS/DTS) |

Defendant Anton Joseph Lazzaro, through his counsel Daniel L. Gerdts, Esq., hereby moves the Court *in limine* to prohibit the prosecution and its witnesses from making any reference to or comparison with any of a number of other nationally prominent cases involving the same or similar allegations. The prosecution already has demonstrated its proclivity to do so in this case, specifically at the detention hearing, and more than one prospective witness has done the same in statements to law enforcement.

Dated: 6 March 2023

Respectfully submitted,

DANIEL L. GERDTS, LAWYER

<u>s/ Daniel L. Gerdts</u>

Daniel L. Gerdts (#207329)
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086