# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES - Final Pretrial Conference

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| Anton Joseph Lazzaro, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 21-CR-0173 (PJS/DTS) |
| Date: | March 20, 2023 |
| Court Reporter: | Paula Richter |
| Tape Number: | |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 9:06 a.m. |
| Time Concluded: | 10:33 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | 1 Hour & 27 Minutes |

**APPEARANCES:**

Plaintiff:    Melinda Williams, Laura Provinzino, Emily Polachek, Assistant U.S. Attorney
Defendant:   Daniel Gerdts, Thomas Beito   ☐ FPD   ☐ CJA   ☒ Retained   ☐ Appointed

Interpreter / Language:   /

**MINUTES:**

Defendant arraigned on superseding indictment.  Final pretrial conference held.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/C. Glover
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy