# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 21-CR-0173 (PJS/DTS) |
| v. | |
| Anton Joseph Lazzaro, | Date: March 21, 2023 |
| | Court Reporter: Paula Richter |
| | Tape Number: |
| Defendant. | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 9:22 a.m./1:30 p.m. |
| | Time Concluded: 12:51 p.m./4:28 p.m. |
| | Sealed Hearing Time: |
| | Time in Court: 6 Hours & 27 Minutes |

Trial before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   Plaintiff:    Melinda Williams, Laura Provinzino, Emily Polochek, Assistant U.S. Attorney
   Defendant:  Daniel Gerdts, Thomas Beito for Anton Joseph Lazzaro   ☐ FPD ☐ CJA ☒ Retained

   Interpreter / Language:   /

PROCEEDINGS:

- ☒ **Jury Selection.**
- ☐ **JURY Trial - Began**.
- ☐ **JURY Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☐ **JURY Trial Held.**
- ☒ Trial continued to Wednesday, March 22, 2023 at 9:00 a.m.
- ☐ Plaintiff's witnesses:
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.   ☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Instruction conference.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.
- ☐ Verdict Rec'd at:
    - ☐ Guilty as to Count(s).
    - ☐ Not Guilty as to Count(s).

☐ Court's Ruling:
    ☐ Guilty as to Count(s).
    ☐ Not Guilty as to Count(s).

## IT IS ORDERED:

☒ Count 7s of the superseding indictment dismissed on motion of government.
☐ Oral motion for judgment of acquittal is .
☐ Clerk to file verdict.
☐ Written order forthcoming regarding Court's ruling.
☐ Presentence Investigation and Report requested.
☐ **~Util-Set/Reset Hearings - Sentencing is scheduled for .**
☒ Defendant remanded to the custody of the U.S. Marshal.
☐ Present bond continued.

## CLERK'S USE ONLY:

☐ Number of trial days with evidence - .
☐ Exhibits returned to counsel or parties.

                                                                                                       s/C. Glover
                                                                                     Signature of Courtroom Deputy