# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 21-CR-0173 (PJS/DTS) |
| v. | |
| Anton Joseph Lazzaro, | |
| Defendant. | |

| | |
|---|---|
| Date: | March 22, 2023 |
| Court Reporter: | Paula Richter |
| Tape Number: | |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 8:43 a.m./1:59 p.m. |
| Time Concluded: | 12:30 p.m./4:53 p.m. |
| Sealed Hearing Time: | |
| Time in Court: | 6 Hours & 41 Minutes |

Trial before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

Plaintiff:   Melinda Williams, Laura Provinzino, Emily Polochek, Assistant U.S. Attorney
Defendant:  Daniel Gerdts, Thomas Beito for Anton Joseph Lazzaro    ☐ FPD ☐ CJA ☒ Retained

Interpreter / Language:    /

## PROCEEDINGS:

- ☐ **Jury Selection.**
- ☒ **JURY Trial - Began**.
- ☐ **JURY Trial - Ended**
- ☒ Jury impaneled (File list of jurors).
- ☒ Opening statements.
- ☒ **JURY Trial Held.**
- ☒ Trial continued to Thursday, March 23, 2023 at 9:00 a.m.
- ☒ Plaintiff's witnesses:  Dr. Sharon Cooper; Minor Victim C; Heather Wuollet
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.    ☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Instruction conference.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict.  IT IS ORDERED: to separate and to return and resume deliberations on.
- ☐ Verdict Rec'd at:
    - ☐ Guilty as to Count(s).
    - ☐ Not Guilty as to Count(s).

☐ Court's Ruling:
  ☐ Guilty as to Count(s).
  ☐ Not Guilty as to Count(s).

## IT IS ORDERED:

☐ Oral motion for judgment of acquittal is .
☐ Clerk to file verdict.
☐ Written order forthcoming regarding Court's ruling.
☐ Presentence Investigation and Report requested.
☐ **~Util-Set/Reset Hearings - Sentencing is scheduled for .**
☒ Defendant remanded to the custody of the U.S. Marshal.
☐ Present bond continued.

## CLERK'S USE ONLY:

☐ Number of trial days with evidence - .
☐ Exhibits returned to counsel or parties.

s/C. Glover
Signature of Courtroom Deputy
