# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Anton Joseph Lazzaro,

                Defendant.

**COURT MINUTES**
Case Number: 21-CR-0173 (PJS/DTS)

| | |
|---|---|
| Date: | March 23, 2023 |
| Court Reporter: | Paula Richter |
| Tape Number: | |
| Courthouse: | Minneapolis |
| Courtroom: | 15 |
| Time Commenced: | 8:50 a.m./1:50 p.m. |
| Time Concluded: | 12:28 p.m./5:10 p.m. |
| Sealed Hearing Time: | |
| Time in Court: | 6 Hours & 58 Minutes |

Trial before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

Plaintiff:     Melinda Williams, Laura Provinzino, Emily Polochek, Assistant U.S. Attorney
Defendant:   Daniel Gerdts, Thomas Beito for Anton Joseph Lazzaro    ☐ FPD ☐ CJA ☒ Retained

Interpreter / Language:    /

## PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **JURY Trial - Began**.
- ☐ **JURY Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☒ **JURY Trial Held.**
- ☒ Trial continued to Friday, March 24, 2023 at 9:00 a.m.
- ☒ Plaintiff's witnesses:  Gisela Castro Medina
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.    ☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Instruction conference.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict.  IT IS ORDERED: to separate and to return and resume deliberations on.
- ☐ Verdict Rec'd at:
  - ☐ Guilty as to Count(s).
  - ☐ Not Guilty as to Count(s).

☐   Court's Ruling:
  ☐   Guilty as to Count(s).
  ☐   Not Guilty as to Count(s).

# IT IS ORDERED:

☐   Oral motion for judgment of acquittal is .
☐   Clerk to file verdict.
☐   Written order forthcoming regarding Court's ruling.
☐   Presentence Investigation and Report requested.
☐   **~Util-Set/Reset Hearings - Sentencing is scheduled for .**
☒   Defendant remanded to the custody of the U.S. Marshal.
☐   Present bond continued.

# CLERK'S USE ONLY:

☐   Number of trial days with evidence - .
☐   Exhibits returned to counsel or parties.

__s/C. Glover__
Signature of Courtroom Deputy
