UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-0173 (PJS/DTS) |
| Plaintiff, | |
| | ORDER |
| v. | |
| ANTON JOSEPH LAZZARO, | |
| Defendant. | |

The Court has been informed that defendant Anton Lazzaro intends to renew his motion to dismiss the indictment as unconstitutionally vague. The Court directs that the motion be briefed as follows:

**1. Defendant's Principal Memorandum.** By April 21, 2023, defendant must file a memorandum in support of his motion to dismiss the indictment as unconstitutionally vague.

**2. Government's Response Memorandum.** By May 5, 2023, the government must file a memorandum in response to defendant's memorandum in support of his motion to dismiss the indictment.

**3. Defendant's Reply Memorandum.**  By May 19, 2023, defendant must file a memorandum that replies to the government's response to defendant's motion to dismiss the indictment.

Defendant's two memoranda together must not exceed 4,000 words.  The government's memorandum must not exceed 4,000 words.

SO ORDERED.

Dated: April 6, 2023                                             s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz, Chief Judge
                                                                 United States District Court