UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-0173(1) (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| ANTON JOSEPH LAZZARO, | |
| Defendant. | |

---

This matter is before the Court on the defendant's motion to modify the briefing schedule on his renewed motion for dismissal of the indictment, and to enlarge the word count. ECF No. 358. The defendant seeks a three-week extension to file his memorandum and to increase the word limit to 6,000.

Based upon the foregoing, and all the files, records and proceedings herein, IT IS HEREBY ORDERED that Defendant's motion to modify the briefing schedule and enlarge the word count [ECF No. 358] is GRANTED. The briefing order entered by the Court on April 6, 2023 [ECF No. 354] is modified as follows:

    **1. Defendant's Principal Memorandum.** By May 15, 2023, defendant must file a memorandum in support of his motion to dismiss the indictment as unconstitutionally vague.

~2~

**2. Government's Response Memorandum.** By May 30, 2023, the government must file a memorandum in response to defendant's memorandum in support of his motion to dismiss the indictment.

**3. Defendant's Reply Memorandum.** By June 12, 2023, defendant must file a memorandum that replies to the government's response to defendant's motion to dismiss the indictment.

Defendant's two memoranda together must not exceed 6,000 words. The government's memorandum must not exceed 6,000 words.

SO ORDERED.

Dated: April 17, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court
