**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Chambers of** | United States Courthouse |
| **PATRICK J. SCHILTZ** | 300 South Fourth Street |
| **CHIEF JUDGE** | Minneapolis, Minnesota 55415 |
| | (612) 664-5480 |

June 15, 2023

Mr. Anton J. Lazzaro                                                                              VIA CM/ECF & U.S. MAIL
Inmate No. 25584
Sherburne County Jail
13880 Business Center Drive
Elk River, MN 55330

Re:   United States v. Anton Joseph Lazzaro
      Case No. 21-CR-0173(1) (PJS/DTS)

Dear Mr. Lazzaro:

I write in response to your letter of June 8, 2023.

You are represented by counsel and, as I have informed you at least twice in the past, I do not accept pro se motions or memoranda from represented defendants. *See United States v. Agofsky*, 20 F.3d 866, 872 (8th Cir. 1994) ("There is no constitutional or statutory right to simultaneously proceed pro se and with benefit of counsel."). Your letter is simply a long legal brief—replete with citations to case law and the trial transcript—arguing that various actions by the prosecutors and various rulings by me were in error.

I will respond to arguments made by your counsel. I will not respond to arguments made in pro se filings.

Sincerely,

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court