**From:** caseydunn@mailbox.org
**Sent:** Wednesday, July 12, 2023 5:05 PM
**To:** MND Schiltz_Chambers
**Subject:** Lazarro note to Judge Schiltz

**CAUTION - EXTERNAL:**

Kindly pass this along to the Judge. Many thanks.

Dear Judge Schiltz-

I have been following this case and am simply in awe that Minnesota's age of consent was a banned topic during this trial. I am a Democrat and feel bad for him. The jury thought he was guilty of crimes just for having sex with these women. I met my wife when she was 17 and I was 21. Everyone thought I could be charged for a crime and was breaking the law. I was not.

https://www.quora.com%2FWhy-does-everyone-think-that-the-age-of-consent-in-the-United-States-is-18&usg=AOvVaw0V25R4YnnByeQWOdUxbzVn&opi=89978449

10+ years in jail for this is just asinine.

Thanks for reading.

-
Casey Dunn
Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.