UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,                          Case No. 21-CR-0173 (PJS/DTS)

                      Plaintiff,

v.                                                                    ORDER

ANTON JOSEPH LAZZARO,

                      Defendant.

---

On March 31, 2023, a jury found defendant Anton Lazzaro guilty of five counts of sex trafficking of a minor and one count of conspiracy to commit sex trafficking of a minor. ECF No. 346. On July 6, 2023, the government filed a motion for a preliminary order of forfeiture for certain property belonging to Lazzaro that had been identified in the superseding indictment as involved in or used to commit the offenses. ECF No. 411. The Court granted the motion and entered a preliminary order of forfeiture the following day. ECF No. 413. This matter is now before the Court on Lazzaro's motion for leave to respond to the government's earlier forfeiture motion and for the Court to withdraw its prior order granting the government's motion. ECF No. 416.

Lazzaro's motion is granted in part and denied in part. The Court will not withdraw its preliminary order of forfeiture. Instead, as the Court previously explained at the end of trial, Lazzaro may make any objections he has to the preliminary order and raise arguments related to the forfeitability of the property in his sentencing position

paper.  The Court will make its final decision about forfeiture at the sentencing hearing after considering those arguments.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT defendant's motion for leave to file response to motion for preliminary order of forfeiture [ECF No. 416] is GRANTED IN PART and DENIED IN PART.

Dated:   July 24, 2023

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court