# UNITED STATES DISTRICT COURT
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| v. | |
| ANTON JOSEPH LAZZARO | Criminal No. 21-173-01 (PJS/DTS) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| The Honorable Patrick J. Schiltz<br>Chief United States District Judge | Emily A. Polachek, AUSA<br>Laura M. Provinzino, AUSA<br>Melinda A. Williams, AUSA | Daniel Gerdts, Esq.<br>Thomas Beito, Esq. |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| August 9, 2023 | Paula Richter | Carolyn Glover |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Declaration of Emily A. Polachek |
| 2 | | | | | Declaration of loss from Victim A's father and supporting documents (Attachment A to Polachek Decl.) |
| 3 | | | | | Declaration of loss from Victim D's mother and supporting documents (Attachment B to Polachek Decl.) |
| 4 | | | | | Declaration of loss from Victim E and supporting documents (Attachment C to Polachek Decl.) |
| 5 | | | | | Declaration of loss from Victim E's father and supporting documents (Attachment D to Polachek Decl.) |
| 6 | | | | | Declaration of loss from Minnesota Crime Victim Reparations Board for payments made to Victim A and supporting documents (Attachment E to Polachek Decl.) |
| 7 | | | | | Declaration of loss from Minnesota Crime Victims Reparations Board for payments made to Victim C and supporting documents (Attachment F to Polachek Decl.) |