# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>Anton Joseph Lazzaro,<br>　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:　　21-CR-0173(1) (PJS/DTS)<br>Date:　　August 9, 2023<br>Court Reporter:　Maria Weinbeck<br>Courthouse:　Minneapolis<br>Courtroom:　15<br>Time Commenced:　9:15 a.m.<br>Time Concluded:　11:13 a.m.<br>Sealed Hearing Time:<br>Time in Court:　1 Hour & 58 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

　　For Plaintiff:　　Laura Provinzino, Melinda Williams, Emily Polachek, Craig Baune
　　For Defendant:　Daniel Gerdts, Thomas Beito  ☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

　　Interpreter/Language: /

　　☐ **Evidentiary Hearing** (only select if witness list filed)

　　☒ **Sentencing.**

　　☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

　　☒ **Motion to Dismiss Superseding Indictment [Docket No. 380] is DENIED.**

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1s | | Y | 252 months | | 5 Years | | |
| 2s | | Y | 252 months | | 5 Years | | |
| 3s | | Y | 252 months | | 5 Years | | |
| 4s | | Y | 252 months | | 5 Years | | |
| 5s | | Y | 252 months | | 5 Years | | |
| 6s | | Y | 252 months | | 5 Years | | |

Said terms to run    ☒ concurrently     ☐ consecutively

☒ Special conditions of :

**See J&C for special conditions**

☒ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  ☒ Restitution in the amount of  TBD.
  ☐ Costs of prosecution in the amount of $ to be paid .
  ☒ Special assessment in the amount of $600 to be paid immediately

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
☐ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted     ☐ denied.
☒ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket nos.: 397, 423, 430 shall be unsealed at the time the judgment is filed.
☒ Docket no.: 446 shall remain sealed until 08/09/2053.

  s/C. Glover
Courtroom Deputy
