# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No.: 21-cr-173 (ADM/DTS) |
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | |
| Anton Joseph Lazzaro (1), | |
| Defendant. | |

On September 10, 2021 the United States moved, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3509(d)(3) for an order restricting the dissemination of certain Rule 16 discovery material. (Dkt. No. 45). On October 4, 2021, the Court granted the Government's Motion for Protective Order and ordered that "Protected Material," as defined in the Protective Order, must "be held in strict confidentiality and used only in connection with the defense of the charges in this case, and for no other purpose." (Dkt. No. 63). Paragraph 3 of the Protective Order stated that "Protected Material" could not be "copied, disseminated, or disclosed to any party who is not directly in the defense of the charges against the defendant in the case, nor may the information contained in the documents and records be disclosed to any other party who is not directly involved in the defense of the charges against the defendant in the case." *Id.*

On August 26, 2023 prior counsel for Mr. Anton Lazzaro contacted the Court and requested that the Protective Order be amended to allow prior counsel to provide a copy of the discovery materials obtained during the course of their representation to the Michigan Attorney Grievance Commission.

Having received no opposition from the Government, and finding that the privacy interests of the victims, minors, and witnesses will be adequately protected, **IT IS HEREBY ORDERED** that the prior counsel for Anton Lazzaro, Attorney Gary Springstead, may provide a copy of the discovery to the Michigan Attorney Grievance Commission for the limited purpose of responding to a grievance filed by the defendant is warranted. Attorney Gary Springstead shall provide a copy of the Protective Order, Dkt, No. 45, and this Order to the Michigan Attorney Grievance Commission. The Michigan Attorney Grievance Commission and its staff must abide by the terms of the protective order as set forth in Docket Number 45.

Dated: September 7, 2023                             s/David T. Schultz
                                                     DAVID T. SCHULTZ
                                                     U.S. Magistrate Judge