UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 21-cr-173 (PJS/DTS)

| | |
|---|---|
| United States of America, )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>Anton Joseph Lazzaro, )<br>)<br>)<br>　　　　Defendant. ) | **VERIFIED PETITION<br>OF HENNEPIN COUNTY** |

To:   Clerk of the United States District Court, 202 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 and Mr. Craig R. Baune, United States Attorney's Office, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415:

Interested Party Hennepin, for its statement of interest, states and alleges the following:

　　　1.　　As of the date of this Petition, there are no delinquent real property taxes owing for the property located at 201 11th Street South, No. 1920, Minneapolis, MN 55402, Property Identification No. 27-029-24-14-0589 ("Property").

　　　2.　　Real property taxes attach to the Property each year on January 2 of the year before they are payable and constitute perpetual liens. See Minn. Stat. §§ 272.31, 273.01.

1

3. A lien for taxes payable in 2023 attached to the Property on January 2, 2022. These taxes total $11,006.60. These taxes are payable in two installments: The first installment must be paid by May 15, 2023 to avoid penalty, and the first installment has been paid. The second installment must be paid by October 15, 2023. A statement of these payable 2023 taxes is attached hereto as **Exhibit A**.

4. A lien for taxes payable in 2024 attached to the Property on January 2, 2023, and these taxes will be payable on May 15 and October 15, 2024.

WHEREFORE, Interested Party Hennepin County requests the Court determine that if and when Plaintiff disposes of the subject property, it pay to Hennepin County the real property tax, penalty, interest, special assessments, and any fees which have become payable at that time or such other and further relief as the Court may deem just and proper.

        MARY M. MORIARTY
        Hennepin County Attorney

Dated: September 14, 2023      s/ Rebecca Holschuh
        REBECCA L.S. HOLSCHUH (0392251)
        Assistant County Attorney
        2000 Government Center
        300 South Sixth Street
        Minneapolis, MN  55487
        Tel. (612) 348-4797
        Rebecca.holschuh@hennepin.us

## VERIFICATION

I, Rebecca L.S. Holschuh, declare and say:

That I am an Assistant County Attorney for the County of Hennepin, in the State of Minnesota;

That I have read the foregoing Verified Petition submitted in response to the Notice of Forfeiture in this matter and know the contents thereof; and

That the allegations in the Verified Petition are true and correct to the best of my knowledge, information and belief based on information and documents furnished by the Land Information and Tax Services Department of Hennepin County.

That I declare under penalty of perjury that the foregoing is true and correct.

s/ Rebecca Holschuh
REBECCA L.S. HOLSCHUH