UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-0173(1) (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| ANTON JOSEPH LAZZARO, | |
| Defendant. | |

---

On September 29, 2023 Petitioner Kira Coastal filed a Pro Se Petition [ECF No. 496] seeking to assert an interest in property subject to the Court's Preliminary Order of Forfeiture. ECF No 413. The government intends to file a motion to dismiss this petition under Fed. R. Crim. P. 32.2(c)(1)(A). This motion is scheduled to be heard on Friday, December 15, 2023 at 8:30 a.m. in Courtroom 15 (MPLS) before Judge Patrick J. Schiltz. The Court directs that the motion be briefed as follows:

1. **Government's Principal Memorandum.** By November 3, 2023, the government must file its motion to dismiss the petition and a memorandum in support of its motion.

2. **Petitioner's Response Memorandum.** By November 29, 2023, the petitioner must file a memorandum in response to the government's memorandum in support of its motion to dismiss the petition.

**3. Government's Reply Memorandum.**  By December 8, 2023, the government must file a memorandum that replies to the petitioner's response to the government's motion to dismiss the petition.

SO ORDERED.

Dated: October 10, 2023

<u>s/Patrick J. Schiltz</u>
Patrick J. Schiltz, Chief Judge
United States District Court
