Dear Chief Judge Schiltz:

I am contacting you with respect to the forfeiture matter pertaining to 201 S. 11th Street, Unit 1920, Minneapolis MN 55403.

I have recently obtained counsel who will be briefing the matter.

I am respectfully asking the court to grant me an extension for today's deadline to allow my counsel time to make an appearance, etc.

Thank you.

Sincerely,
Kira Costal