

Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: 480-724-2000

December 06, 2023

KIRA COSTAL
UNIT 315
3200 SOUTHDALE CIR APT 315
EDINA MN 55435-5162

Subject: Legal order to release Wells Fargo records

Agency reference number: 21cr17301pjsdts
Bank reference number: 28859858

Dear KIRA COSTAL

We want to let you know that we received a legal order from U.S. ATTORNEY'S OFFICE which requires us to provide them with a copy of the requested records **by December 20, 2023.**

If you'd like to take any action related to this legal order, we recommend you contact an advisor of your choice, such an attorney, for guidance as soon as possible; Wells Fargo cannot advise you in this matter.

**If you have questions**
- For questions about the legal order, we suggest you contact the requesting party directly in either of the following ways.
    - **By phone:** (612) 664-5611
    - **Mail to:**
    U.S. ATTORNEY'S OFFICE
    ERIN SECORD
    600 U.S. COURTHOUSE
    300 SOUTH FOURTH STREET
    MINNEAPOLIS MN 55415
- For questions regarding this letter or to receive a copy of the legal order, call us at 480-724-2000, Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Sincerely,

.

.

Deposit and Legal Services
Summons and Subpoenas Department



December 06, 2023

KIRA COSTAL, SUSAN A BISSONETTE
9763 DORSET LN
EDEN PRAIRIE MN 55347-3202

Subject: Legal order to release Wells Fargo records

Agency reference number: 21cr17301pjsdts
Bank reference number: 28859858

Dear KIRA COSTAL, SUSAN A BISSONETTE

We want to let you know that we received a legal order from U.S. ATTORNEY'S OFFICE which requires us to provide them with a copy of the requested records **by December 20, 2023.**

If you'd like to take any action related to this legal order, we recommend you contact an advisor of your choice, such an attorney, for guidance as soon as possible; Wells Fargo cannot advise you in this matter.

**If you have questions**
- For questions about the legal order, we suggest you contact the requesting party directly in either of the following ways.
    - **By phone:** (612) 664-5611
    - **Mail to:**
    U.S. ATTORNEY'S OFFICE
    ERIN SECORD
    600 U.S. COURTHOUSE
    300 SOUTH FOURTH STREET
    MINNEAPOLIS MN 55415
- For questions regarding this letter or to receive a copy of the legal order, call us at 480-724-2000, Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Sincerely,

.


.

Deposit and Legal Services
Summons and Subpoenas Department