# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 7, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re:  Anton Joseph Lazzaro
     v. United States
     No. 25-150
     (Your No. 23-3098, 23-3411)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 4, 2025 and placed on the docket August 7, 2025 as No. 25-150.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst