21cr173

RECEIVED
SEP 24 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# EXHIBIT A

## Minnesota Sentencing Guidelines Commission
## Statewide Sentencing Data
## Minn. Stat. §§ 609.322 and 609.324
## Calendar Years 2019–2023

The data reproduced on the following pages were obtained from the Minnesota Sentencing Guidelines Commission and record every sentencing imposed statewide under Minn. Stat. §§ 609.322 (solicitation, inducement, and promotion of prostitution; sex trafficking) and 609.324 (patrons and prostitutes) for calendar years 2019 through 2023. The dataset contains 247 sentencings. Of these, 187 resulted in a stayed or probationary disposition.

The Commission's dataset as produced contains forty-nine fields, several of which are administrative codes without bearing on this motion. Reproduced here are the year and county of sentencing, the district court file number, the offender's name, age category, sex, and race, the severity level and criminal history score, the recommended and pronounced dispositions, and the offense of conviction. All 247 records are included. Nothing has been excluded on the basis of its content, and the complete dataset as received from the Commission is retained and available to the Court on request.

SCANNED
SEP 24 2026
U.S. DISTRICT COURT MPLS

| Yr | County | Case No. | Last Name | First Name | Age Cat. | Sex | Race | Sev | CHS | Rec. Disp. | Pronounced Type | Conf. Mos. | Stay Exec | Stay Imp | Stay Mos | Offense Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Anoka | CR205260 | NYGREN | BYRON | 51+ | male | White | 3 | 0 | Stay | Cond Jail | 12.03 | Yes | No | 60 | Prostitution-Engage 16 to 17 Yr Old |
| 2021 | Anoka | CR197937 | ALM | MARK | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Anoka | CR197842 | HARRIS | ELIJAH | 31-40 | male | Black | 5 | 0 | Stay | Cond Jail | 12 | Yes | No | 24 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Anoka | CR196741 | BECKER | DANIEL | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Anoka | CR196418 | IBRAHIM | FARAH | 26-30 | male | Black | 5 | 0 | Stay | Other Sanctions | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Anoka | CR196263 | GAGNON | GREGORY | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 12 | Yes | No | 24 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Anoka | CR192824 | STEPHENS | LEE | 51+ | male | Black | C | 4 | Commit | State Prison | 108 | No | No | 0 | Receives Profits From Prostitution |
| 2022 | Anoka | CR192375 | BRASWELL | MARCELLUS | 26-30 | male | Black | B | 6 | Commit | State Prison | 162 | No | No | 0 | Promotes Prostitution-Under 18 yr Old |
| 2020 | Benton | CR182378 | SHEPARD | JAMES | 51+ | male | White | C | 2 | Commit | Cond Jail | 27 | Yes | No | 90 | Promotes Prostitution of an Individual |
| 2020 | Blue Earth | CR17708 | WHITE | LAWRENCE | 41-50 | male | Black | C | 1 | Commit | Cond Jail | 74 | Yes | No | 120 | Promotes Prostitution of an Individual |
| 2020 | Blue Earth | CR171746 | CAMACHO | COLTEN | 18-21 | male | Hispanic | 5 | 6 | Commit | Cond Jail | 48 | Yes | No | 0.03 | Prostitution-Hire 13 to 15 Yr Old |
| 2019 | Brown | CR17893 | MADSEN | SHANE | 18-21 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2019 | Brown | CR17373 | CAMACHO | COLTEN | 18-21 | male | White | 3 | 5 | Commit | State Prison | 21 | No | No | 0 | Prostitution-Hire or Agree to Hire 16 to 17 Yr Old |
| 2023 | Carver | CR23540 | SAFINIA-NAINI | FARHAD | 51+ | male | Black | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2022 | Dakota | HACR221228 | HUGHES | DOUGLAS | 51+ | male | Black | C | 5 | Commit | State Prison | 30 | No | No | 0 | Receives Profits From Prostitution |
| 2019 | Dakota | HACR191852 | WANG | XUEYAN | 31-40 | female | Asian | C | 2 | Commit | State Prison | 65 | No | No | 0 | Promotes Prostitution of an Individual |
| 2023 | Douglas | CR22723 | SCHUH | ROBERT | 51+ | male | White | 3 | 2 | Stay | State Prison | 15 | No | No | 0 | Prostitution - Patron - Hires, offers, or agrees t |
| 2023 | Hennepin | CR237897 | SOTAMBA | MIGUEL | 31-40 | male | Hispanic | 3 | 2 | Stay | Cond Jail | 15 | Yes | No | 36 | Prostitution - Patron - Hires, offers, or agrees t |
| 2023 | Hennepin | CR2319682 | HUTH | MICHAEL | 41-50 | male | White | 3 | 6 | Commit | State Prison | 23 | No | No | 0 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2022 | Hennepin | CR229562 | SELIM | MOHAMED | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Hennepin | CR22503 | DZIATLOVSKIS | ARNOLDAS | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR22398 | CHEESE | BRYCE | 18-21 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR22270 | PETERSON | JUSTIN | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Hennepin | CR2222174 | GARDNER | JAMES | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR221982 | SOTAMBA | MIGUEL | 31-40 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Hennepin | CR2217800 | BRAXTON | KEVIN | 31-40 | male | Black | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Engage 16 to 17 Yr Old |
| 2022 | Hennepin | CR221599 | CARUSO | ADAM | 26-30 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Hennepin | CR221589 | VANG | DOUA | 26-30 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Hennepin | CR221384 | PENROD | JERRY | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR22129 | ROGERS | LARRY | 51+ | male | Black | 3 | 2 | Stay | Cond Jail | 15 | Yes | No | 36 | Prostitution-Hire or Agree to Hire 16 to 17 Yr Old |
| 2023 | Hennepin | CR2211648 | RAMIREZ CHAVEZ | RUDY | 31-40 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Hennepin | CR2211088 | LOR | NUE | 26-30 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Hennepin | CR213009 | PINNEY | BRUCE | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR2123505 | XIONG | KEVIN | 31-40 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR2122539 | CRUZ NEGRETE | ANTONIO | 22-25 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR2122259 | ARMSTRONG | JONATHAN | 31-40 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR2120484 | CURETON | RONALD | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR2118035 | RAITZ | BLAIR | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR2114517 | WOLPERN | COREY | 31-40 | male | White | 5 | 2 | Stay | Cond Jail | 28 | Yes | No | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR2114423 | MEJIA | VALENTINA | 51+ | female | Hispanic | C | 0 | Commit | State Prison | 89 | No | No | 0 | Promotes Prostitution of an Individual |
| 2023 | Hennepin | CR2114422 | HERNANDEZ-CRUZ | LINO | 51+ | male | Hispanic | C | 0 | Commit | Cond Jail | 0 | No | Yes | 36 | Receives Profits From Prostitution |
| 2022 | Hennepin | CR2113573 | LOPEZ | FRANKLIN | 22-25 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Hennepin | CR2113128 | NUR | ABDIRAHMAN | 18-21 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR2112628 | BROWNE | ANTHONY | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |

| Yr | County | Case No. | Last Name | First Name | Age Cat. | Sex | Race | Sev | CHS | Rec. Disp. | Pronounced Type | Conf. Mos. | Stay Exec | Stay Imp | Stay Mos | Offense Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | Hennepin | CR2112448 | MATTHIAS | TYLER | 26-30 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Hennepin | CR2110532 | SANCHEZ IXCOLIN | MIGUEL | 22-25 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Hennepin | CR204762 | WETTERN | TIMOTHY | 51+ | male | White | 3 | 1 | Stay | Cond Jail | 12 | Yes | No | 24 | Prostitution-Hire or Agree to Hire 16 to 17 Yr Old |
| 2021 | Hennepin | CR202534 | COSTA | JOSHUA | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Hennepin | CR2012810 | ANTHONY | KEVIN | 31-40 | male | Black | C | 6 | Commit | State Prison | 180 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Hennepin | CR199995 | OMAR | MOHAMED | 22-25 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR199994 | ANDERSON | MAXIMILIAN | 22-25 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR199968 | FINK | PAUL | 22-25 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Hennepin | CR199692 | MELLGREN | TODD | 41-50 | male | White | 5 | 1 | Stay | Cond Jail | 23 | Yes | No | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR199574 | ODARBEH | MARCUS | 22-25 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR199481 | IVANOV | IVAN | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Hennepin | CR199445 | ULFERTS | MUREY | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR198181 | HEINE | NIKLAS | 26-30 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Hennepin | CR198115 | MOHAMED ABDULAZEEZ | MOHAMED | 41-50 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Hennepin | CR198025 | PROA | WILLIAM | 41-50 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Hire or Agree to Hire 13 to 15 Yr Old |
| 2021 | Hennepin | CR198021 | SEE | PANG | 31-40 | male | Asian | 5 | 2 | Stay | Other Sanctions | 28 | Yes | No | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Hennepin | CR196081 | ARNOLD | QUENTIN | 31-40 | male | Black | C | 6 | Commit | State Prison | 180 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Hennepin | CR193232 | YANCY | SANDY | 31-40 | male | Black | C | 6 | Commit | State Prison | 131 | No | No | 0 | Promotes Prostitution of an Individual |
| 2020 | Hennepin | CR192767 | TRAMBLE | TERRELL | 31-40 | male | Black | C | 6 | Commit | State Prison | 180 | No | No | 0 | Promotes Prostitution of an Individual |
| 2022 | Hennepin | CR1926790 | CLEMONS | KEVIN | 26-30 | male | Black | C | 0 | Commit | Cond Jail | 57 | Yes | No | 60 | Promotes Prostitution of an Individual |
| 2020 | Hennepin | CR1920639 | CHEN | SONGZHU | 31-40 | male | Asian | C | 0 | Commit | State Prison | 96 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Hennepin | CR1913064 | | | 22-25 | male | Black | C | 6 | Commit | State Prison | 90 | No | No | 0 | Promotes Prostitution of an Individual |
| 2022 | Hennepin | CR1912864 | JACOBS | CHARITY | 31-40 | female | White | C | 0 | Commit | Cond Jail | 12 | Yes | No | 24 | Promotes Prostitution of an Individual |
| 2020 | Hennepin | CR1912845 | KILBURY | AMANDA | 26-30 | female | Hispanic | C | 0 | Commit | Cond Jail | 0 | No | Yes | 60 | Promotes Prostitution of an Individual |
| 2020 | Hennepin | CR1912844 | BROWN | EUGENE | 26-30 | male | Black | C | 0 | Commit | State Prison | 52 | No | No | 0 | Promotes Prostitution of an Individual |
| 2022 | Hennepin | CR1912559 | SLATTEN | MARK | 31-40 | male | White | 5 | 0 | Stay | Other Sanctions | 12 | Yes | No | 24 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1912558 | VANG | XAI | 22-25 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Hennepin | CR1911560 | FLORES | ANTONIO | 18-21 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Hennepin | CR1911396 | ALI | ABDIAZIZ | 18-21 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1911313 | HENRY | JOSHUA | 26-30 | male | White | 5 | 2 | Stay | Cond Jail | 28 | Yes | No | 36 | Prostitution-Hire or Agree to Hire 13 to 15 Yr Old |
| 2019 | Hennepin | CR1911294 | DWORAK | JOSEPH | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1911292 | ENA | OJA | 26-30 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Hennepin | CR1911280 | TSE | FON | 22-25 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1911136 | HUAMANI SOSA | BENHORT | 22-25 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Hennepin | CR1911135 | TEFERA | GASHAW | 26-30 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1910257 | VANG | SU | 31-40 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Hennepin | CR1910256 | AGA | SANYII | 18-21 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR188277 | | | 18-21 | female | Black | B | 0 | Commit | Cond Jail | 0 | No | Yes | 60 | Promotes Prostitution-Under 18 yr Old |
| 2020 | Hennepin | CR187026 | ABDUR-RAHMAN | SHARIF | 31-40 | male | Black | C | 6 | Commit | State Prison | 29 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Hennepin | CR186553 | AKRAMOV | JAMSHID | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR185638 | CHANNOI | KHAM | 41-50 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Hennepin | CR185456 | SWANSON | ROBERT | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |

| Yr | County | Case No. | Last Name | First Name | Age Cat. | Sex | Race | Sev | CHS | Rec. Disp. | Pronounced Type | Conf. Mos. | Stay Exec | Stay Imp | Stay Mos | Offense Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | Hennepin | CR185335 | INEH | JOSHUA | 18-21 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR183111 | LESCHYSHYN | LEONARD | 51+ | male | White | 5 | 0 | Stay | Other Sanctions | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR182494 | GUAMAN-BERMEO | JORGE | 31-40 | male | Hispanic | 5 | 0 | Stay | Other Sanctions | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR182451 | GARCIA-MARTINEZ | JUAN | 18-21 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR182440 | ONUOHA | CHINOMSO | 22-25 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1822836 | WILSON | ALBERT | 51+ | male | Black | C | 6 | Commit | State Prison | 60 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Hennepin | CR1821915 | HENDERSON | HOWARD | 41-50 | male | Black | C | 4 | Commit | State Prison | 50 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Hennepin | CR1821351 | REITZNER | LOGAN | 22-25 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1821341 | VANG | KONG | 31-40 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1817174 | COLLINS | MICHAELLA | 18-21 | female | Black | B | 0 | Commit | State Prison | 77 | No | No | 0 | Receives Profit from Prostitution-Under 18 yr Old |
| 2021 | Hennepin | CR1813878 | GARCIA | CLIFTON | 31-40 | male | Hispanic | C | 5 | Commit | State Prison | 72 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Hennepin | CR1812076 | ZACCAGLIN | ERNEST | 51+ | male | White | C | 0 | Commit | Cond Jail | 0 | No | Yes | 36 | Promotes Prostitution of an Individual |
| 2019 | Hennepin | CR1729400 | VANGUILDER | JOSEPH | 26-30 | male | White | C | 2 | Commit | State Prison | 45 | No | No | 0 | Promotes Prostitution of an Individual |
| 2020 | Hennepin | CR1726720 | DAVIS | ASHLEY | 22-25 | female | Black | C | 0 | Commit | Cond Jail | 12 | Yes | No | 24 | Receives Profits From Prostitution |
| 2019 | Hennepin | CR1726467 | LEAKE | DAMEON | 31-40 | male | Black | C | 5 | Commit | State Prison | 44 | No | No | 0 | Receives Profits From Prostitution |
| 2019 | Hennepin | CR1725690 | MARTIN | BARRON | 51+ | male | Black | C | 6 | Commit | State Prison | 52 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Hennepin | CR1716616 | LITTELL | DARYL | 31-40 | male | White | 5 | 6 | Commit | Cond Jail | 60 | Yes | No | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1715994 | PAWLIK | TIMOTHY | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Hennepin | CR1715681 | GIBSON | YVETTE | 18-21 | female | Black | B | 0 | Commit | Cond Jail | 0 | No | Yes | 36 | Promotes Prostitution-Under 18 yr Old |
| 2019 | Hennepin | CR1632901 | WILLIAMS | STANLEY | 22-25 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Hire or Agree to Hire 13 to 15 Yr Old |
| 2021 | Hennepin | CR1627954 | REASBY | DESHAN | 31-40 | male | Black | 5 | 1 | Stay | Cond Jail | 0 | No | Yes | 2 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Isanti | CR18710 | BORNHORST | DANIEL | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Isanti | CR18709 | GUSCIORA | JEFFERY | 41-50 | male | White | 5 | 1 | Stay | Other Sanctions | 23 | Yes | No | 120 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Itasca | CR21421 | DOCKENDORF | CHAD | 41-50 | male | White | 5 | 2 | Stay | Cond Jail | 28 | Yes | No | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Itasca | CR21419 | MAREK | RUSTY | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Itasca | CR21417 | SISSOHO | SAIHOU | 18-21 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Itasca | CR21415 | JOKINEN | DEREK | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Itasca | CR182458 | WALKER | PATRICK | 26-30 | male | White | 5 | 2 | Stay | Cond Jail | 28 | Yes | No | 60 | Prostitution-Hire or Agree to Hire 13 to 15 Yr Old |
| 2021 | Kandiyohi | CR20258 | MARES | MARISSA | 26-30 | female | Hispanic | C | 6 | Commit | Cond Jail | 90 | Yes | No | 60 | Receives Profits From Prostitution |
| 2019 | Lyon | CR181241 | ROBERTS | TODD | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 120 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Lyon | CR181240 | CROUCHER | GEORGE | 26-30 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 120 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Lyon | CR181239 | ONKEN | DAVID | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 120 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | McLeod | CR181437 | RASMUSSEN | AARON | 18-21 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2021 | Mille Lacs | CR201158 | MILLER | FRANK | 31-40 | male | White | C | 3 | Commit | State Prison | 90 | No | No | 0 | Promotes Prostitution of an Individual |
| 2022 | Nobles | CR2285 | SANCHEZ SORTO | JONATHAN | 18-21 | male | Hispanic | C | 0 | Commit | State Prison | 48 | No | No | 0 | Promotes Prostitution of an Individual |
| 2022 | Nobles | CR2284 | RODRIGUEZ-TALAVERA | CRISTIAN | 31-40 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 18 | Yes | No | 60 | Prostitution-Engage 14 to 15 Yr Old |
| 2023 | Olmsted | CR215573 | FRANKLIN | ANDRE | 41-50 | male | Black | C | 1 | Commit | State Prison | 53 | No | No | 0 | Promotes Prostitution of an Individual |
| 2020 | Olmsted | CR145217 | BROWN | AMUNRA | 31-40 | male | Black | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution-Hire 16 to 17 Yr Old |
| 2020 | Olmsted | CR131388 | PHAN | LOC | 41-50 | male | Asian | 5 | 6 | Commit | State Prison | 41 | No | No | 0 | Prostitution-Hire 13 to 15 Yr Old |
| 2023 | Polk | CR221976 | EVENSON | AARON | 31-40 | male | White | C | 0 | Commit | State Prison | 44 | No | No | 0 | Receives Profits From Prostitution |
| 2023 | Ramsey | CR23228 | TAN | YU | 26-30 | male | Asian | C | 0 | Commit | Cond Jail | 0 | No | Yes | 36 | Promotes Prostitution of an Individual |

| Yr | County | Case No. | Last Name | First Name | Age Cat. | Sex | Race | Sev | CHS | Rec. Disp. | Pronounced Type | Conf. Mos. | Stay Exec | Stay Imp | Stay Mos | Offense Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Ramsey | CR225856 | GUZMAN YUGUAL | ANGEL | 31-40 | male | Hispanic | 5 | 0 | Stay | Other Sanctions | 11.83 | Yes | No | 24 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Ramsey | CR225823 | HOUSTON | TIFFANY | 31-40 | female | Black | C | 3 | Commit | Cond Jail | 0 | No | Yes | 60 | Engages in the sex trafficking of an individual |
| 2023 | Ramsey | CR224061 | DHUNGANA | ISHWOR | 22-25 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Ramsey | CR224058 | VERGARA | OCTAVIO | 26-30 | male | Hispanic | 5 | 0 | Stay | Other Sanctions | 11.8 | Yes | No | 24 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Ramsey | CR223971 | KONAH | LARRY | 22-25 | male | Black | C | 0 | Commit | State Prison | 41 | No | No | 0 | Receives Profits From Prostitution |
| 2023 | Ramsey | CR223761 | MCCAULEY | MICHAEL | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Ramsey | CR20964 | LIN | MIAO | 31-40 | male | Asian | C | 0 | Commit | Cond Jail | 48 | Yes | No | 60 | Engages in the sex trafficking of an individual |
| 2020 | Ramsey | CR194216 | STEPHENS | LEE | 51+ | male | Black | C | 2 | Commit | State Prison | 76 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Ramsey | CR193030 | ZABINSKI | MATTHEW | 41-50 | male | White | 3 | 1 | Stay | Cond Jail | 13 | Yes | No | 60 | Prostitution-Engage 16 to 17 Yr Old |
| 2020 | Ramsey | CR193018 | BRASWELL | MARCELLUS | 26-30 | male | Black | B | 6 | Commit | State Prison | 150 | No | No | 0 | Engages in Sex Trafficking of Individual-Under 18 |
| 2020 | Ramsey | CR19215 | SANCHEZ | SAUL | 26-30 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 18 | Yes | No | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Ramsey | CR19170 | NGILLA | MOSES | 31-40 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 48 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Ramsey | CR187710 | WHITE | DURELLE | 31-40 | male | Black | B | 3 | Commit | State Prison | 76 | No | No | 0 | Promotes Prostitution-Under 18 yr Old |
| 2021 | Ramsey | CR187709 | SHINKARENKO | ANNA | 18-21 | female | White | B | 0 | Commit | State Prison | 54 | No | No | 0 | Engages in Sex Trafficking of Individual-Under 18 |
| 2019 | Ramsey | CR185587 | LARSON | DENNIS | 51+ | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Ramsey | CR185521 | GUASCO-LOJA | MANUEL | 31-40 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Hire or Agree to Hire 13 to 15 Yr Old |
| 2019 | Ramsey | CR185486 | MOUA | TOU | 22-25 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Ramsey | CR185485 | PATEL | JAYVADAN | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 84 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Ramsey | CR181980 | BROWN | JOHN | 41-50 | male | White | 5 | 1 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | St. Louis | VICR21907 | BULEY | DAISY | 26-30 | female | White | B | 1 | Commit | State Prison | 94 | No | No | 0 | Solicit-Under 18 yr Old to Practice Prostitution |
| 2022 | St. Louis | DUCR212876 | PELKEY | MITCHELL | 22-25 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Hire or Agree to Hire 16 to 17 Yr Old |
| 2022 | St. Louis | DUCR212875 | BROWN | MELVIN | 41-50 | male | Am Ind | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Hire or Agree to Hire 16 to 17 Yr Old |
| 2022 | St. Louis | DUCR212871 | WERMTER | SCOTT | 41-50 | male | White | 3 | 1 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Hire or Agree to Hire 16 to 17 Yr Old |
| 2021 | St. Louis | DUCR20652 | LOYEAR | GLEN | 51+ | male | White | 3 | 0 | Stay | Cond Jail | 12.03 | Yes | No | 24 | Prostitution-Hire or Agree to Hire 16 to 17 Yr Old |
| 2019 | St. Louis | DUCR19392 | UNRUH | LUKE | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | St. Louis | DUCR19385 | TELAGAM | DEVIVARAPRA SAD | 31-40 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 0.03 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | St. Louis | DUCR19371 | SCOTT | BENJAMIN | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Scott | CR184454 | AMINGA | PAUL | 31-40 | male | Black | 3 | 0 | Stay | Other Sanctions | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2019 | Scott | CR183048 | RIPLEY | CLINTON | 31-40 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2019 | Scott | CR182982 | LU | MAHN | 31-40 | male | Asian | 3 | 0 | Stay | Other Sanctions | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2019 | Scott | CR182970 | STEWLOW | BENJAMIN | 26-30 | male | White | 3 | 1 | Stay | Cond Jail | 0 | No | Yes | 48 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2019 | Scott | CR1814536 | HOLERUD | CHARLES | 22-25 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Sherburne | CR21984 | WALKER | SABRINA | 22-25 | female | White | 3 | 0 | Stay | Other Sanctions | 0 | No | Yes | 60 | Prostitution-Hire or Agree to Hire 16 to 17 Yr Old |
| 2023 | Stearns | CR228834 | CLUBB | LYNN | 51+ | male | White | 3 | 1 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Patron - Hires, offers, or agrees t |
| 2023 | Stearns | CR228067 | JOHNSON | DON | 41-50 | male | White | C | 6 | Commit | State Prison | 132 | No | No | 0 | Promotes Prostitution of an Individual |
| 2023 | Stearns | CR224241 | SCHEVE | TIMOTHY | 51+ | male | White | 3 | 0 | Stay | Other Sanctions | 0 | No | Yes | 60 | Prostitution - Patron - Hires, offers, or agrees t |
| 2023 | Stearns | CR221174 | JONES | BOBBY | 41-50 | male | Black | C | 5 | Commit | Cond Jail | 90 | Yes | No | 60 | Receives Profits From Prostitution |
| 2022 | Stearns | CR221068 | ELROD | JOHN | 51+ | male | White | C | 2 | Commit | State Prison | 65 | No | No | 0 | Promotes Prostitution of an Individual |
| 2023 | Stearns | CR219091 | WITTROCK | BENJAMIN | 41-50 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Patron - Hires, offers, or agrees t |
| 2022 | Stearns | CR217991 | WAIBEL | DREW | 31-40 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Patron -Violates this subdivision w |

| Yr | County | Case No. | Last Name | First Name | Age Cat. | Sex | Race | Sev | CHS | Rec. Disp. | Pronounced Type | Conf. Mos. | Stay Exec | Stay Imp | Stay Mos | Offense Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Stearns | CR21759 | WILLIAMS | MICHAEL | 31-40 | male | White | C | 0 | Commit | State Prison | 42 | No | No | 0 | Promotes Prostitution of an Individual |
| 2022 | Stearns | CR216119 | WILLIAMS | AMANDA | 31-40 | female | Am Ind | C | 4 | Commit | Cond Jail | 117 | Yes | No | 180 | Promotes Prostitution of an Individual |
| 2022 | Stearns | CR214385 | CLARK | ANTONIO | 31-40 | male | Black | C | 6 | Commit | State Prison | 120 | No | No | 0 | Engages in the sex trafficking of an individual |
| 2023 | Stearns | CR208534 | DEGUISEPPI | SHAD | 41-50 | male | White | C | 0 | Commit | Cond Jail | 0 | No | Yes | 180 | Solicit/Induce Individual to Practice Prostitution |
| 2021 | Stearns | CR204429 | SCHULTZ-KIERSTEAD | JUSTIN | 22-25 | male | White | C | 4 | Commit | State Prison | 100 | No | No | 0 | Receives Profits From Prostitution |
| 2022 | Stearns | CR204427 | WAITES | KAREEM | 31-40 | male | Black | C | 6 | Commit | State Prison | 128 | No | No | 0 | Receives Profits From Prostitution |
| 2021 | Stearns | CR199862 | HORTON | JOSEPH | 31-40 | male | Black | C | 6 | Commit | Cond Jail | 228 | Yes | No | 300 | Promotes Prostitution of an Individual |
| 2021 | Stearns | CR198618 | HARRELL | JERRY | 26-30 | male | Black | C | 6 | Commit | State Prison | 120 | No | No | 0 | Receives Profits From Prostitution |
| 2021 | Stearns | CR198253 | | | 18-21 | male | Am Ind | C | 4 | Commit | State Prison | 80 | No | No | 0 | Receives Profits From Prostitution |
| 2020 | Stearns | CR195230 | ENGELKENS | AUTUMN | 22-25 | female | White | C | 0 | Commit | Cond Jail | 0 | No | Yes | 180 | Promotes Prostitution of an Individual |
| 2020 | Stearns | CR194508 | OLSON | SONYA | 31-40 | female | White | C | 5 | Commit | State Prison | 228 | No | No | 0 | Promotes Prostitution of an Individual |
| 2021 | Stearns | CR191469 | SCHUH | ROBERT | 51+ | male | White | C | 0 | Commit | Cond Jail | 0 | No | Yes | 60 | Solicit/Induce Individual to Practice Prostitution |
| 2019 | Stearns | CR186254 | DUNSTON | RICHARD | 31-40 | male | Black | C | 6 | Commit | State Prison | 120 | No | No | 0 | Receives Profits From Prostitution |
| 2019 | Stearns | CR185565 | BARKLEY | CHRISTOPHER | 22-25 | male | White | B | 0 | Commit | State Prison | 77 | No | No | 0 | Solicit-Under 18 yr Old to Practice Prostitution |
| 2019 | Stearns | CR185517 | SHELTON | VICTOR | 26-30 | male | Black | C | 6 | Commit | State Prison | 168 | No | No | 0 | Receives Profits From Prostitution |
| 2019 | Stearns | CR184019 | LIN | YANHANG | 31-40 | female | Asian | C | 0 | Commit | Other Sanctions | 48 | Yes | No | 180 | Promotes Prostitution of an Individual |
| 2019 | Stearns | CR1810581 | TIBBETTS | CODY | 18-21 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution-Engage 16 to 17 Yr Old |
| 2019 | Stearns | CR1810257 | CANADY | BRUCE | 41-50 | male | Black | C | 6 | Commit | State Prison | 300 | No | No | 0 | Engages in the sex trafficking of an individual |
| 2019 | Stearns | CR177569 | JONES | DEANDRE | 22-25 | male | Black | B | 3 | Commit | State Prison | 128 | No | No | 0 | Promotes Prostitution-Under 18 yr Old |
| 2019 | Stearns | CR177546 | | | 22-25 | male | Black | B | 6 | Commit | State Prison | 240 | No | No | 0 | Promotes Prostitution-Under 18 yr Old |
| 2019 | Stearns | CR177545 | DRUM | JAEMIE | 22-25 | female | White | B | 2 | Commit | Cond Jail | 130 | Yes | No | 240 | Engages in Sex Trafficking of Individual-Under 18 |
| 2019 | Stearns | CR1711195 | OVERTON | JAMAR | 26-30 | male | Black | C | 6 | Commit | State Prison | 156 | No | No | 0 | Engages in the sex trafficking of an individual |
| 2019 | Waseca | CR18344 | ABDUL-ZAHIR | NASHID | 41-50 | male | Black | 3 | 6 | Commit | Cond Jail | 23 | Yes | No | 60 | Prostitution-Hire or Agree to Hire 16 to 17 Yr Old |
| 2023 | Washington | CR23265 | KOHN | NATHANIEL | 31-40 | male | White | 3 | 0 | Stay | Other Sanctions | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR224232 | ISMAIL | AVDINASIR | 31-40 | male | Black | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR224231 | HASTREITER | ERICH | 41-50 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR224229 | TRINH | GIA | 31-40 | male | Asian | 3 | 0 | Stay | Cond Jail | 11.96 | Yes | No | 24 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR224218 | MECHA | CHARLES | 26-30 | male | Black | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR223364 | HILL | CHRISTOPHER | 31-40 | male | Black | 3 | 3 | Stay | Cond Jail | 10.49 | Yes | No | 24 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR223158 | JOHNSON | MALTIANO | 41-50 | male | Black | 3 | 6 | Commit | State Prison | 23 | No | No | 0 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR222502 | TAYLOR | JASON | 41-50 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR221704 | MILON | CORTEZ | 26-30 | male | Black | C | 1 | Commit | State Prison | 41 | No | No | 0 | Promotes Prostitution of an Individual |
| 2023 | Washington | CR221418 | VANG | CHONG | 51+ | male | Asian | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR221417 | O'BRIAN | THOMAS | 31-40 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR221415 | NJI | CLINTON | 26-30 | male | Black | 3 | 0 | Stay | Other Sanctions | 11.96 | Yes | No | 24 | Prostitution-Actor Hires or Agrees to Hire and Rea |

| Yr | County | Case No. | Last Name | First Name | Age Cat. | Sex | Race | Sev | CHS | Rec. Disp. | Pronounced Type | Conf. Mos. | Stay Exec | Stay Imp | Stay Mos | Offense Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | Washington | CR221412 | JOHNSON | KYLE | 51+ | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2022 | Washington | CR221411 | GALVEZ | EUSTAQUIO | 31-40 | male | Hispanic | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2023 | Washington | CR212638 | VINKEMEIER | TIMOTHY | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Washington | CR212637 | HTOO | POE | 26-30 | male | Asian | 5 | 0 | Stay | Other Sanctions | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Washington | CR211778 | WEIDNER | JASON | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2023 | Washington | CR211767 | SILVA | ANTONIO | 26-30 | male | Black | 5 | 0 | Stay | Cond Jail | 11.96 | Yes | No | 24 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Washington | CR211764 | FITTERER | NAVEEN | 31-40 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Washington | CR204099 | WILLIAMS | JAMES | 41-50 | male | Black | C | 6 | Commit | State Prison | 201 | No | No | 0 | Engages in the sex trafficking of an individual |
| 2021 | Washington | CR203026 | CHEN | YING | 51+ | female | Asian | C | 0 | Commit | Cond Jail | 48 | Yes | No | 60 | Promotes Prostitution of an Individual |
| 2022 | Washington | CR201283 | CHOTTEPANDA | KUSHAL | 31-40 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Washington | CR201282 | CHANG | MAW | 31-40 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2022 | Washington | CR195359 | KE | XIAOJING | 22-25 | female | Asian | C | 0 | Commit | State Prison | 41 | No | No | 0 | Engages in the sex trafficking of an individual |
| 2021 | Washington | CR195354 | YANG | JULIET | 26-30 | female | Asian | C | 0 | Commit | Cond Jail | 57 | Yes | No | 120 | Engages in the sex trafficking of an individual |
| 2022 | Washington | CR195353 | LI | JIE | 26-30 | male | Asian | C | 0 | Commit | State Prison | 26.9 | No | No | 0 | Engages in the sex trafficking of an individual |
| 2021 | Washington | CR194686 | CALDWELL | CALVIN | 31-40 | male | Black | C | 5 | Commit | Cond Jail | 120 | Yes | No | 60 | Engages in the sex trafficking of an individual |
| 2020 | Washington | CR19368 | CASTILLO | ROJELIO | 22-25 | male | Hispanic | C | 2 | Commit | State Prison | 24 | No | No | 0 | Receives Profits From Prostitution |
| 2020 | Washington | CR192363 | STEPHENS | LEE | 51+ | male | Black | C | 6 | Commit | State Prison | 108 | No | No | 0 | Promotes Prostitution of an Individual |
| 2020 | Washington | CR191979 | ELLINGTON | DANIEL | 31-40 | male | Black | C | 4 | Commit | State Prison | 100 | No | No | 0 | Promotes Prostitution of an Individual |
| 2020 | Washington | CR191966 | CHEN | JIN | 26-30 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Washington | CR191965 | BENNETT | LASHAWN | 41-50 | male | Black | 5 | 5 | Commit | Cond Jail | 43 | Yes | No | 120 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Washington | CR191964 | MENSEN | MATTHEW | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Washington | CR191963 | JARAMILLO | CEAZAR | 31-40 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 48 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Washington | CR191947 | HORGAN | JOHN | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2021 | Washington | CR191030 | JUWARA | MUSA | 26-30 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 120 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Washington | CR191029 | MCELMURRY | JACOB | 22-25 | male | White | 5 | 1 | Stay | Other Sanctions | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |

| Yr | County | Case No. | Last Name | First Name | Age Cat. | Sex | Race | Sev | CHS | Rec. Disp. | Pronounced Type | Conf. Mos. | Stay Exec | Stay Imp | Stay Mos | Offense Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | Washington | CR18694 | UDSETH | SCOTT | 31-40 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR18692 | DIAZ | TAYLOR | 18-21 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 12 | Yes | No | 24 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR18691 | RAMIREZ | SAUL | 31-40 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR18690 | MAMIDALA | KOUSHIK | 18-21 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR18689 | LEMA-CHICAIZA | JEFFREY | 22-25 | male | Hispanic | 5 | 0 | Stay | Other Sanctions | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR18688 | AWIL | ABDIRAHMAN | 31-40 | male | Black | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 36 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR18684 | ANDERSON | GUY | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR18683 | ROY | MARTIN | 51+ | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution-Engage/Hire/Agree to Hire 16 to 17 Yr |
| 2019 | Washington | CR185277 | HARTZEL | PETER | 41-50 | male | White | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR185231 | MCEACHERN | ANGUS | 31-40 | male | White | 5 | 4 | Commit | Cond Jail | 38 | Yes | No | 120 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR18437 | JOHNSON | DWAYNE | 51+ | male | White | 5 | 2 | Stay | Cond Jail | 28 | Yes | No | 120 | Prostitution - Hires/offers/agree to hire; individ |
| 2020 | Washington | CR183882 | MCCALLUM | JOHN | 31-40 | male | White | B | 0 | Commit | State Prison | 72 | No | No | 0 | Engages in Sex Trafficking of Individual-Under 18 |
| 2020 | Washington | CR183783 | LAN | SHUXIM | 41-50 | female | Asian | C | 2 | Commit | State Prison | 124 | No | No | 0 | Promotes Prostitution of an Individual |
| 2019 | Washington | CR183414 | WILLIAMS | JOHNNY | 31-40 | male | Black | C | 3 | Commit | Cond Jail | 90 | Yes | No | 120 | Promotes Prostitution of an Individual |
| 2019 | Washington | CR182620 | CHEN | QING | 41-50 | female | Asian | C | 0 | Commit | Cond Jail | 41 | Yes | No | 60 | Promotes Prostitution of an Individual |
| 2019 | Washington | CR174170 | CHANG | KAO | 31-40 | male | Asian | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR174169 | BRACKEN | KYLE | 31-40 | male | White | 5 | 0 | Stay | Other Sanctions | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR174168 | INFANTE | GARY | 31-40 | male | Hispanic | 5 | 0 | Stay | Cond Jail | 0 | No | Yes | 60 | Prostitution - Hires/offers/agree to hire; individ |
| 2019 | Washington | CR162403 | PHAM | JOHN | 51+ | male | Asian | 3 | 0 | Stay | Cond Jail | 12 | Yes | No | 24 | Prostitution-Actor Hires or Agrees to Hire and Rea |
| 2022 | Watonwan | CR22230 | ANNIS | TERRY | 41-50 | male | White | 3 | 0 | Stay | Cond Jail | 0 | No | Yes | 24 | Prostitution - Patron - Hires, offers, or agrees t |